Chad Cane
1586 24th St. SW
Pine River, MN 56474
chadcane@icloud.com
April 7, 2026

RECEIVED BY MAIL
APR 13 2026
Clerk, U.S. District Court
Fergus Falls, Minnesota

Clerk of Court
United States District Court
District of Minnesota – Fergus Falls Division
118 South Mill Street, Suite 212
Fergus Falls, MN 56537

**Re: Filing of First Amended Complaint – Case No. 0:26-cv-00132 (JMB-LIB)**

Dear Clerk:

Enclosed please find a First Amended Complaint in the above-referenced matter.

I have also enclosed the original summons issued in this case to be canceled, along with a self-addressed stamped envelope for the return of the newly issued summons.

All exhibits are the same as those filed with the original complaint, with the exception of Exhibit E, which has been added. I understand that all exhibits will need to be scanned in again.

The delayed service of this amended complaint was due to my anticipation of a ruling on a motion under advisement in the related case concerning clarification of counsel to appear, in order to avoid re-arguing the same issue here.

Upon receipt of the new summons, I will have this amended complaint served as soon as possible.

Thank you for your assistance.

Sincerely,

Chad Cane

SCANNED
APR 13 2026
U.S. DISTRICT COURT FF