RECEIVED BY MAIL
APR 13 2026
Clerk, U.S. District Court
Fergus Falls, Minnesota

| PROPERTY ADDRESS | CITY | DATE OF PERMIT | DATE ENTERED |
|---|---|---|---|
| 2022 118th Ave NE | Blaine | 1/26/2022 | 2/17/2022 |
| 15730 Armstrong Blvd NW | Ramsey | 2/22/2022 | 2/22/2022 |
| 13703 Grafton Ct | Apple Valley | Not Provided | 3/2/2022 |
| 34370 Vista Rd | Taylors Falls | 1/4/2022 | 3/31/2022 |
| 14292 Panola Dr | Lindstrom | 1/14/2022 | 3/31/2022 |
| 8550 Wyoming Tr | Chisago City | 1/21/2022 | 3/31/2022 |
| 28225 St Croix Tr | Schafer | 1/31/2022 | 3/31/2022 |
| 19222 263rd St | Schafer | 2/22/2022 | 3/31/2022 |
| 2377 Chad Ct | Harris | 2/25/2022 | 3/31/2022 |
| 15528 310th St | Center City | 3/1/2022 | 3/31/2022 |
| 30737 Lofton Ave | Chisago City | 3/18/2022 | 3/31/2022 |
| 33287 Cobalt Dr NW | Cambridge | 3/18/2022 | 4/1/2022 |
| 30686 Flamingo St NW | Cambridge | 3/18/2022 | 4/1/2022 |
| 39665 Jay St NW | Stanchfield | 4/18/2022 | 4/11/2022 |
| 925 3rd Ave | Newport | 4/13/2022 | 6/2/2022 |
| 236 Shakopee Ave E | Sand Creek Townsh | 5/4/2022 | 6/17/2022 |
| 506 Redpoll Ave SE | New Prague | 5/8/2022 | 6/17/2022 |
| 3615 200th St E | Spring Lake Townsh | 5/2/2022 | 6/27/2022 |
| 25828 Panama Ave | Webster | 6/23/2022 | 6/27/2022 |
| 24031 Edenvale Tr | New Market Twnsp | 4/15/2022 | 6/30/2022 |
| 3120 Sumter Ave S | St Louis Park | 6/30/2022 | 7/1/2022 |
| 19688 Judicial Rd | Credit River | 6/17/2022 | 7/8/2022 |
| 6805 North Shore Dr | Greenfield | 6/17/2022 | 7/8/2022 |
| 3170 317th Ave NE | Cambridge | 5/6/2022 | 7/28/2022 |
| 6005 Lamar Ave S | Cottage Grove | 7/7/2022 | 7/28/2022 |
| 4235 357th Ave NW | Cambridge | 7/12/2022 | 7/28/2022 |
| 29233 Durant St NE | Isanti | 8/10/2022 | 8/11/2022 |
| 28782 Hwy 47 | Isanti | 8/17/2022 | 9/7/2022 |
| 7754 381st Ave NW | Cambridge | 8/29/2022 | 9/7/2022 |
| 9228 287th Ave NE | North Branch | 8/30/2022 | 9/7/2022 |
| 1907 Copper Creek Tr | Buffalo | 8/9/2022 | 9/26/2022 |
| 1433 Dover S | Worthington | 7/18/2022 | 10/3/2022 |
| 6783 Broadview Dr | Credit River | 8/23/2022 | 10/25/2022 |
| 1540 338th Ave NW | Cambridge | 10/24/2022 | 10/25/2022 |
| 5855 281st Ave NW | Isanti | 10/26/2022 | 10/27/2022 |
| 2001 413th Ave NW | Braham | 10/28/2022 | 11/1/2022 |
| 8993 Whisper Trail | Greenfield | 10/25/2022 | 11/10/2022 |
| 25632 Vassar St NE | Stacy | 11/8/2022 | 11/10/2022 |
| 1214 Jansen Ave SE | Hanover | Not Provided | 12/13/2022 |
| 29707 Marget Lake Rd NW | Isanti | 3/2/2022 | 2/1/2023 |
| 6012 307th Ave NE | Cambridge | 4/7/2022 | 2/1/2023 |
| 39177 University Ave NE | Stanchfield | 5/11/2022 | 2/1/2023 |
| 35279 Xenon St NW | Pri[illegible] | [illegible]022 | 2/1/2023 |

EXHIBIT
A

SCANNED
APR 13 2026
U.S. DISTRICT COURT FF

| | | | |
|---|---|---|---|
| 27298 Carr St NW | Zimmerman | 6/20/2022 | 2/1/2023 |
| 7131 269th NW | St Francis | 7/22/2022 | 2/1/2023 |
| 39130 Llama St NW | Dalbo | 7/25/2022 | 2/1/2023 |
| 39585 Xenon St W | Dalbo | 8/8/2022 | 2/1/2023 |
| 33145 Walbo Dr NW | Cambridge | 8/17/2022 | 2/1/2023 |
| 5522 266th Ave NE | Stacy | 9/6/2022 | 2/1/2023 |
| 3283 279th Ave NE | Isanti | 10/17/2022 | 2/1/2023 |
| 3445 Essen Rd NE | Cambridge | 11/4/2022 | 2/1/2023 |
| 2286 317th Ave NE | Isanti | 12/16/2022 | 2/1/2023 |
| 4736 269th Ave NW | Isanti | 12/28/2022 | 2/1/2023 |
| 2941 395th Ave NE | Cambridge | 5/24/2022 | 3/8/2023 |
| 30334 Heather St NW | Isanti | 10/26/2022 | 3/8/2023 |
| 12382 Violet Cir | Rogers | 4/14/2023 | 5/10/2023 |
| 7380 Norris Lake Rd | Nowthen | 5/9/2023 | 5/30/2023 |
| 9799 330th St E | Northfield | 5/17/2023 | 6/6/2023 |
| 265 East St | Mendota | 6/8/2023 | 6/13/2023 |
| 9428 Filly Trail SE | Becker | 5/30/2023 | 8/2/2023 |
| 908 14 St NE | Montgomery | 7/26/2023 | 8/8/2023 |
| 17667 Rhinestone St NW | Ramsey | 7/19/2023 | 9/19/2023 |
| 8690 Vernon St | Greenfield | 3/7/2023 | 10/11/2023 |
| 4940 River Oaks Rd | Rockford | 4/26/2023 | 10/11/2023 |
| 10731 143rd Ave SE | Becker | 6/30/2023 | 10/11/2023 |
| 6485 Lake Sarah Heights Dr | Greenfield | 7/12/2023 | 10/11/2023 |
| 9085 Pioneer Trail | Greenfield | 7/13/2023 | 10/11/2023 |
| 12656 153rd Ave | | 10/2/2023 | 10/11/2023 |
| 15468 Minnetonka Blvd | Minnetonka | Not Provided | 10/11/2023 |
| 14943 Linner Cir | Minnetonka | Not Provided | 10/11/2023 |
| 2932 Beechwood Ave | Minnetonka | Not Provided | 10/11/2023 |
| 14600 Minnetonka Blvd | Minnetonka | Not Provided | 10/11/2023 |
| 22830 Wagon Wheel Ln | Corcoran | Not Provided | 10/11/2023 |
| 5328 Spring La | Minnetonka | Not Provided | 10/11/2023 |
| 1115 Prairie Ridge Lane | Lester Prairie | 11/6/2023 | 12/21/2023 |
| 2574 Paradise Trail | Isanti | 1-Jan | 1/8/2024 |
| 24764 Creekview Ct | Isanti | Apr-23 | 1/8/2024 |
| 42044 Flanders St NW | Braham | Apr-23 | 1/8/2024 |
| 28908 Flamingo St NW | Isanti | Apr-23 | 1/8/2024 |
| 30960 Tulip St NW | Cambridge | May-23 | 1/8/2024 |
| 40460 Hupp St Ne | Stanchfield | May-23 | 1/8/2024 |
| 8484 Cty Rd 5 NW | Princeton | Jun-23 | 1/8/2024 |
| 9366 357th NW | Princeton | Jun-23 | 1/8/2024 |
| 26525 Varolite St NW | St Francis | Jul-23 | 1/8/2024 |
| 40971 Lily St Nw | Braham | Aug-23 | 1/8/2024 |
| 4865 305th Ln NW | Cambridge | Sep-23 | 1/8/2024 |
| 6745 Crown Cir NW | St Francis | Sep-23 | 1/8/2024 |

| | | | |
|---|---|---|---|
| 34201 Polk St NE | Cambridge | Sep-23 | 1/8/2024 |
| 32008 Waconia Dr NE | Cambridge | Sep-23 | 1/8/2024 |
| 32208 Cedar Crest Tr | North Branch | Oct-23 | 1/8/2024 |
| 5101 297th Ave NW | Cambridge | Oct-23 | 1/8/2024 |
| 1830 Cty Rd 6 NW | Cambridge | Oct-23 | 1/8/2024 |
| 6941 317th Ave NW | Princeton | Oct-23 | 1/8/2024 |
| 30987 Narcissis Ct N | Cambridge | Oct-23 | 1/8/2024 |
| 30966 Narcissis Ct N | Cambridge | Oct-23 | 1/8/2024 |
| 37582 Polk St NE | Isanti | Oct-23 | 1/8/2024 |
| 9147 284th Ave NW | Princeton | Oct-23 | 1/8/2024 |
| 39080 Llama St | Dalbo | Oct-23 | 1/8/2024 |
| 32306 Nightingale St NW | Cambridge | Nov-23 | 1/8/2024 |
| 5956 303rd Ave NE | Cambridge | 23-May | 1/8/2024 |
| 14412 Wildcrest Rd | Minnetonka | 10/24/2023 | 1/11/2024 |
| 5112 Woodland Road | Mound | 1/24/2024 | 2/13/2024 |
| 2541 Avon Drive | Mound | 3/21/2024 | 3/24/2024 |
| 11298 Fillmore St. NE | Blaine | Not Provided | 3/28/2024 |
| 8950 Grace Lane N | Greenfield | 2/24/2024 | 6/11/2024 |
| 8865 Grace Lane | Greenfield | 4/5/2024 | 6/11/2024 |
| 8835 Grace Lane | Greenfield | 4/12/2024 | 6/11/2024 |
| 1749 55th Ave | Princeton Township | 5/31/2024 | 7/2/2024 |
| 17775 CR-40 | Carver | 6/14/2024 | 7/2/2024 |
| 8586 122nd Ave | Becker Township | 4/17/2024 | 7/5/2024 |
| 1008 7th Ave | Howard Lake | 4/17/2024 | 7/5/2024 |
| 128 Forest Ct | Waconia | 7/31/2024 | 8/20/2024 |
| 9473 173rd Ave SE | Becker Township | 7/22/2024 | 9/4/2024 |
| 7651 Lake John Dr | Annandale | 9/3/2024 | 9/13/2024 |
| 2980 Washta Bay Ct | Excelsior | 9/1/2024 | 9/16/2024 |
| 849 120th Ln NE | Blaine | 7/22/2022 | 9/18/2024 |
| 10975 Amen Ct NE | Blaine | 2/24/2024 | 9/18/2024 |
| 3500 Leroy St | Minnetonka | 7/16/2024 | 9/18/2024 |
| 15901 Robinwood Dr | Minnetonka | 7/19/2024 | 9/18/2024 |
| 721 113th Ave NE | Blaine | Not Provided | 9/18/2024 |
| 7894 North Shore Tr N | Forest Lake | Not Provided | 9/30/2024 |
| 21317 Dorothy Way | Prior Lake | Not Provided | 10/1/2024 |
| 21302 Dorothy Way | Prior Lake | Not Provided | 10/1/2024 |
| 9360 Co Rd 135 | Norwood Young Am | Not Provided | 10/3/2024 |
| 8904 Whisper Creek Tr | Greenfield | 8/12/2024 | 10/8/2024 |
| 10865 60th St | Princeton | 9/5/2024 | 11/4/2024 |
| 14362 107th St SE | Becker Township | 10/8/2024 | 11/4/2024 |
| 23355 Saddle Ridge Dr | Rogers | 10/30/2024 | 11/6/2024 |
| 15605 114th St | Norwood Young Am | 10/24/2024 | 11/22/2024 |
| 18875 Acura Rd | Deephaven | 9/20/2024 | 1/2/2025 |
| 926 Delbo | | Not Provided | 1/6/2025 |

| | | | |
|---|---|---|---|
| 3289 Wyanette | | Not Provided | 1/6/2025 |
| 1167 Oxford Valley | | Not Provided | 1/6/2025 |
| 860 Alisa Court | Chanhassen | Not Provided | 2/18/2025 |
| 1482 397th Ave NE | Stanchfield | May-23 | 1/8/2024 |
| 19651 Harlow Avenue | Jordan | 11/18/2024 | 3/10/2025 |
| 26460 Laredo Ave | Belle Plaine | 3/9/2025 | 3/10/2025 |

From: **Landy, Ethan (DLI)** ethan.landy@state.mn.us
Subject: **RE: Data request**
Date: **Apr 17, 2025 at 9:20:12 AM**
To: **Chad Cane** chadcane@icloud.com

Hi Chad,

Thanks for checking back. I am attaching the responsive data that the Department has that relate to your request.

While the Department maintains data on new residential permit applications under the statute cited, the data is not split by county/location or quarter.

Therefore, the attachment includes all the responsive data DLI has related to these applications from 2022 to present. Not public data on individual owners

has been redacted under Minn. Stat. section 13.44.

Thanks,

**Ethan Landy**
General Counsel I Office of General Counsel

**Minnesota Department of Labor and Industry**
443 Lafayette Road N., St. Paul, MN 55155
Phone: (651) 284-5302 I Email: ethan.landy@state.mn.us

DEPARTMENT OF LABOR AND INDUSTRY

This e-mail and any attachments may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please notify the sender immediately by replying to this email and destroying all copies of this email and the attachments.

**From:** Chad Cane <chadcane@icloud.com>
**Sent:** Tuesday, April 8, 2025 3:24 PM
**To:** Landy, Ethan (DLI) <ethan.landy@state.mn.us>
**Subject:** Re: Data request

You don't often get email from chadcane@icloud.com. Learn why this is important

Hi Ethan,

Just wanted to follow up with you on the data requests and see if you knew when it's available.

Thanks,
Chad
Sent from my iPhone

On Mar 13, 2025, at 4:15 PM, Landy, Ethan (DLI) <ethan.landy@state.mn.us> wrote:

Hi Chad,

The Department is in receipt of the request and I will work with the appropriate unit on a response.

Thanks,

**Ethan Landy**
General Counsel I Office of General Counsel

**Minnesota Department of Labor and Industry**
443 Lafayette Road N., St. Paul, MN 55155
Phone: (651) 284-5302 I Email: ethan.landy@state.mn.us
<image001.png>

This e-mail and any attachments may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, please notify the sender immediately by replying to this email and destroying all copies of this email and the attachments.

**From:** Chad Cane <chadcane@icloud.com>
**Sent:** Wednesday, March 12, 2025 12:40 PM
**To:** Landy, Ethan (DLI) <ethan.landy@state.mn.us>
**Subject:** Data request

You don't often get email from chadcane@icloud.com. Learn why this is important

**This message may be from an external email source.**
Do not select links or open attachments unless verified. Report all suspicious emails to Minnesota IT Services Security Operations Center.

---

Hello Ethan, can you see that this gets fulfilled? Thank you.
**Minnesota Department of Labor and Industry**
**Attn: Data Practices Compliance Official**

**Subject: Data Practices Act Request – Compliance with Minn. Stat. § 326B.85, Subd. 2**

**To Whom It May Concern,**

**Pursuant to the Minnesota Government Data Practices Act (Minn. Stat. § 13.03), I am requesting access to and copies of public data related to Cass County's compliance with Minn. Stat. § 326B.85, Subd. 2. Specifically, I request the following records:**

1.

**The number of notifications sent by Cass County to the**

Department of Labor and Industry (DLI) regarding building permit applications submitted by unlicensed individuals for new residential real estate construction, as required under Minn. Stat. § 326B.85, Subd. 2.

- Please provide the number of notifications by quarter from January 1, 2022, to the present (2025).

- If available, please include any associated records indicating when the notifications were received by DLI.

2. A summary report or database extract (if maintained) listing all notifications received from Cass County under Minn. Stat. § 326B.85, Subd. 2, from 2022 to 2025.

3. Any correspondence, memos, or internal communications within DLI regarding Cass County's compliance or noncompliance with Minn. Stat. § 326B.85, Subd. 2, from 2022 to 2025.

If these records are available electronically, I prefer to receive them in PDF or spreadsheet format via email. If there are any fees associated with processing this request, please notify me in advance of proceeding.

Under Minn. Stat. § 13.03, Subd. 2, public data must be provided as soon as reasonably possible and without unreasonable delay. If any portion of my request is denied, please provide the specific legal basis for the denial, including citations to the applicable statute or rule.

I appreciate your prompt attention to this matter. Please confirm receipt of this request at your earliest convenience.

Sincerely,
Chad Cane

Sent from my iPhone

**Copy of PERMIT SPREADSHEET 2022-**
88 KB

# Cass County Environmental Services
## Residential Building Permit Application

BARCLAY
ZP24-138-29-17

Cass County Environmental Services Department PO Box 3000 Walker MN 56484
Phone 218 547 7241 Fax 218 547 7429 Email ... Website ...

Parcel ID #: 02-018-4303

Applicant Name: Michael A. Anderson

*Property Owner Information:*

Owner Name: Rev Trust Michael A Anderson

Mail Permit To: 17169 63rd Pl N

City State Zip: Maple Grove, MN 55337

Day Time Phone #: 612-889-7393

Email: maa17169@gmail.com

Bldg Contractor Name: N/A

Contractor Phone #: N/A

E-911 Physical Address: 12 St SW, Bckus, MN 56435

Township Name: Barclay Twsp

Section: 18 Twp: 138 Range: 29

Acres: 3.15

Lake/Stream Name: ____ Class: ____

[signature] 10/07/2024

Property Owner/Agent Signature Date

I hereby affirm that the information provided is true and that I am the fee title owner of the above described property, or the authorized agent thereof.

**OFFICE USE ONLY**

Received by: [initials] Date: ____

Total Fees Paid: $20.80 100.00 $79.20

Check #: Online

Receipt #: 245066 + 245035

Property Zoning: 5R

Structure Approval: [signature] APPROVED by Troy Nelson 3:50:48 PM, on 10/14/2024

Date Approved: ____

Date Mailed: 10/15/2024 JS

Comments: To Meet All Required Setbacks

GARAGE/STORAGE ONLY
NOT FOR HUMAN HABITATION

☑ *E-911 Address Assignment: Fee $100.00*
*Indicate driveway location on sketch*

☐ ***Residential Structure:*** *Fee $* ____
***New Home, Attached Garage, Deck(s):***
*(Decks not included in sq ft.)*
*(Fees $.35 per sq ft/minimum $150.00)*
(All square footage under a roof line on more levels)
Total Square Foot ____ x .35 = $ ____
Height to Peak: ____ Ft
Mobile Home: ☐ Yes ☐ No RV: ☐ Yes ☐ No
Total # of Bedrooms ____

☐ ***Addition to Residential Structures: Fee $*** ____
***Include Screen Porches and Covered Decks***
***(Fees $0.45 per sq ft/minimum $100.00)***
Total Square Foot: ____ x .45 = $ ____
Height to Peak: ____
Bedroom Addition: ☐ Yes ☐ No
Total # of Bedrooms ____
Compliance Required (see pg. 1)

☒ ***Accessory Structures: Fee $ 100.00***
***(Fees $.30 per sq ft/minimum $100.00, no max.)***
Total Square Feet: 264 x .30 = $ 79.20
Height to Peak: 10 Dormers ☐ Yes ☑ No
Sewered Bathroom: ☐ Yes ☑ No (compliance required if yes)
Use: 11 x 24' DKE Shed

☐ ***Change of Use: Fee $ 50.00***
Residential to Accessory/Accessory to Residential

☐ ***Uncovered Decks: Fee $ 100.00***
Size: ____ (sq ft) *Include on site plan*

☐ ***Fences: Fee $ 100.00***
Height: ____ Setback to Public Water ____

**OFFICE USE ONLY - SSTS INFORMATION**
Compliance Requirements Met Yes No
Certificate of Compliance Inspection Date ____
See SSTS Permit ____

EXHIBIT
B

# Cass County Environmental Services
## Residential Building Permit Application

Cass County Environmental Services Department · PO Box 3000 Walker MN 56484
Phone 218-547-7241 Fax 218-547-7429 Email cass.esd@casscountymn.gov Website https://www.casscountymn.gov

BARCLAY
ZP24-138-29-16

Parcel ID # 03-017-4207

Applicant Name STEVE HULKE
If applicant is not the property owner, an Agent Authorization Form is required

*Property Owner Information:*

Owner Name STEVE HULKE

Mail Permit To 1079 SWEDE LAKETRAIL SW

City, State, Zip BACKUS MN 56435

Day Time Phone # 218-839-9251

Email Stevehulke@yahoo.com

Bldg Contractor Name MYSELF

Contractor Phone # 218-839-9251

E-911 Physical Address SAME

Township Name BARCLAY

Section 17 Twp 138 Range 29

Acres 20.4

Lake/Stream Name SWEDE LAKE Class 20 Ac.

See Other Pages
Property Owner/Agent Signature Date

I hereby affirm that the information provided is true, and that I am the fee title owner of the above described property, or the authorized agent thereof.

**OFFICE USE ONLY**

Received by CB Date

Total Fees Paid 540.00

Check# Online

Receipt #: 244991

Property Zoning: SR Non Riparian

Structure Approval: APPROVED by Troy Nelson 2:53:23 PM, on 9/30/2024

Date Approved

Date Mailed 10/1/2024JS

Comments

To Meet All Required Setbacks

☐ *E-911 Address Assignment:* *Fee $100.00*
*Indicate driveway location on sketch*

☐ ***Residential Structure:*** ***Fee $*** ______
***New Home, Attached Garage, Deck(s):***
*(Decks not included in sq ft.)*
*(Fees $.35 per sq ft minimum $150.00)*
*(All square footage under a roof-line on main level)*
Total Square Foot ______ x .35 = $ ______
Height to Peak ______ Ft
Mobile Home ☐ Yes ☐ No RV ☐ Yes ☐ No
Total # of Bedrooms ______ Campers/RVs must account for septic waste disposal if not applying for sanitary system

☐ ***Addition to Residential Structures: Fee $*** ______
***Include Screen Porches and Covered Decks***
***(Fees $0.45 per sq ft/minimum $100.00)***
Total Square Foot ______ x .45 = $ ______
Height to Peak ______
Bedroom Addition ☐ Yes ☐ No
Total # of Bedrooms
Compliance Required (see pg. 1)

NOT TO BE USED AS GUEST QUARTERS

☒ ***Accessory Structures:*** ***Fee $*** ______
***( Fees $.30 per sq ft/minimum $100.00, no max.)***
Total Square Feet 1800 x .30 = $ 540.00
Height to Peak 21 Dormers ☐ Yes ☒ No
Sewered Bathroom ☐ Yes ☒ No compliance required, if yes
40x45' Storage Bldg

☐ ***Change of Use:*** ***Fee $ 50.00***
Residential to Accessory Accessory to Residential

☐ ***Uncovered Decks:*** ***Fee $ 100.00***
Size: ______ (sq ft) *Include on site plan*

☐ ***Fences:*** ***Fee $ 100.00***
Height: ______ Setback to Public Water ______

**OFFICE USE ONLY - SSTS INFORMATION**
Compliance Requirements Met: Yes No
Certificate or Compliance Inspection Date: ______
See SSTS Permit: ______

# Cass County Environmental Services
## Residential Building Permit Application

BARCLAY
ZP24-138-29-15

Cass County Environmental Services Department - PO Box 3000, Walker, MN 56484
Phone: 218-547-7241 Fax: 218-547-7429 Email: cass.esd@casscountymn.gov Website: https://www.casscountymn.gov

Parcel ID #: 02-406-0231

Applicant Name:
If applicant is not the property owner, an Agent Authorization Form is required

***Property Owner Information:***

Owner Name: Brent Elenbaas

Mail Permit To: 2025 White Pine Point Road SW

City, State, Zip: Pine River

Day Time Phone #: 218-820-2723

Email: whitepinecustomhomes@gmail.com

Bldg Contractor Name:

Contractor Phone #:

E-911 Physical Address: 2025 White Pine Point Road SW.

Township Name: Barclay Township

Section: 31 Twp: 138 Range: 29

Acres: 1/2

Lake Stream Name: Class:

[signature] Sept 23/2024
Property Owner/Agent Signature Date

*I hereby affirm that the information provided is true, and that I am the fee title owner of the above described property, or the authorized agent thereof.*

**OFFICE USE ONLY**

Received by: [initials] Date: SEP 26 2024

Total Fees Paid: 345.60

Check#: 3184

Receipt #: 244960

Property Zoning: SR Non Riparian

Structure Approval: [signature] APPROVED by Troy Nelson 2:46:20 PM, on 9/27/2024

Date Approved:

Date Mailed: 9/27/2024JS

Comments:

**To Meet All Required Setbacks**

☐ ***E-911 Address Assignment:*** ***Fee $100.00***
*Indicate driveway location on sketch*

☐ ***Residential Structure:*** ***Fee $*** ____
***New Home, Attached Garage, Deck(s):***
*(Decks not included in sq ftg.)*
*(Fees $.35 per sq ft/minimum $150.00)*
*(All square footage under a roof-line on main level)*
Total Square Foot: ____ x .35 = $ ____
Height to Peak: ____ Ft
Mobile Home: ☐ Yes/☐ No RV: ☐ Yes/☐ No
Total # of Bedrooms ____ *(compliance required; account for septic waste disposal if not approved for sanitary system)*

☐ ***Addition to Residential Structures: Fee $*** ____
***Include Screen Porches and Covered Decks***
***(Fees $0.45 per sq ft/minimum $100.00)***
Total Square Foot: ____ x .45 = $ ____
Height to Peak:
Bedroom Addition: ☐ Yes/☐ No
Total # of Bedrooms:
Compliance Required (see pg 1)

NOT TO BE USED AS GUEST QUARTERS

☑ ***Accessory Structures:*** ***Fee $*** ____
***(Fees $.30 per sq ft/minimum $100.00, no max.)***
Total Square Feet: 1152 x .30 = $ 345.60
Height to Peak: 14 Dormers: ☐ Yes/☑ No
Sewered/Bathroom: ☐ Yes/☑ No *(compliance required if yes)*
24 x 40 Garage w/ 12 x 16

☐ ***Change of Use:*** ***Fee $ 50.00***
Residential to Accessory/Accessory to Residential

☐ ***Uncovered Decks:*** ***Fee $ 100.00***
Size: ____ (sq ft) ***Include on site plan***

☐ ***Fences:*** ***Fee $ 100.00***
Height: ____ Setback to Public Water: ____

**OFFICE USE ONLY - SSTS INFORMATION**
Compliance Requirements Met: Yes No
Certificate or Compliance Inspection Date: ____
See SSTS Permit: ____

# Cass County Environmental Services
## Residential Building Permit Application

BARCLAY
ZP24-138-29-12

Cass County Environmental Services Department · PO Box 3000, Walker, MN 56484
Phone: 218-547-7241 Fax: 218-547-7429 Email: cass.esd@casscountymn.gov Website: https://www.casscountymn.gov

Parcel ID #: 02-028-3206

Applicant Name: Kathy Jean Taray
(If applicant is not the property owner, an Agent Authorization Form is required)

***Property Owner Information:***

Owner Name: Kathy Jean Taray

Mail Permit To: P.O. Box 486

City, State, Zip: Pine River, MN 56474

Day Time Phone #: 218-232-2451

Email: Comedy2222000@yahoo.com

Bldg Contractor Name: Self

Contractor Phone #: ____

E-911 Physical Address: 1519 18th St. SW

Township Name: Barclay

Section: 28 Twp: 138.0 Range: 29

Acres: 1.85

Lake/Stream Name: NA Class: NA

[signature] Kathy Jean Taray 6-26-24
Property Owner/Agent Signature Date

I hereby affirm that the information provided is true, and that I am the fee title owner of the above described property, or the authorized agent thereof.

**OFFICE USE ONLY**

Received by: DB · gis Date:

Total Fees Paid: 252.00

Check#: 5052

Receipt #: 244364

Property Zoning: GR Non Rip

Structure Approval: [signature] APPROVED by Troy Nelson 8:57:40 AM, on 7/17/2024

Date Approved:

Date Mailed: MAILED 7/17/2024 7/17/2024JS

Comments: To Meet All Required Setbacks

RECEIVED
BY: ____

☐ ***E-911 Address Assignment:*** ***Fee $100.00***
*Indicate driveway location on sketch*

☐ ***Residential Structure:*** ***Fee $*** ____
***New Home, Attached Garage, Deck(s):***
*(Decks not included in sq ft.)*
*(Fees $.35 per sq ft/minimum $150.00)*
(All square footage under a roof line on main level)
Total Square Foot: ____ x .35 = $ ____
Height to Peak: ____ Ft.
Mobile Home: ☐ Yes/☐ No RV: ☐ Yes/☐ No
(Camper RV's must…)
Total # of Bedrooms: ____
(account for septic waste disposal if not applying for sanitary system)

☐ ***Addition to Residential Structures: Fee $*** ____
***Include Screen Porches and Covered Decks***
***(Fees $0.45 per sq ft/minimum $100.00)***
Total Square Foot: ____ x .45 = $ ____
Height to Peak: ____
Bedroom Addition: ☐ Yes ☐ No
Total # of Bedrooms: ____
Compliance Required (see pg. 1)

☒ ***Accessory Structures:*** ***Fee $ 252.00***
***(Fees $.30 per sq ft/minimum $100.00, no max.)***
Total Square Feet: 600 + 240 840 x .30 = $ 252.00
Height to Peak: 11' Dormers ☐ Yes/☐ No
Sewered Bathroom: ☐ Yes/☒ No (compliance required, if yes)
20x30' Shop + 12x22' Pergola

☐ ***Change of Use:*** ***Fee $ 50.00***
Residential to Accessory/Accessory to Residential

☐ ***Uncovered Decks:*** ***Fee $ 100.00***
Size: ____ (sq ft) *Include on site plan*

☐ ***Fences:*** ***Fee $ 100.00***
Height: ____ Setback to Public Water: ____

**OFFICE USE ONLY - SSTS INFORMATION**
Compliance Requirements Met: Yes No
Certificate or Compliance Inspection Date: 7/8/24
See SSTS Permit: ____

# Cass County Environmental Services
## Residential Building Permit Application

T.N. L

BARCLAY
ZP24-138-29-11

Cass County Environmental Services Department - PO Box 3000 Walker MN 56484
Phone: 218-547-7241 Fax: 218-547-7429 Email: cass.esd@casscountymn.gov Website: https://www.casscountymn.gov

Parcel ID #: 02-019-2300

Applicant Name: Clifton Peterson
*If applicant is not the property owner, an Agent Authorization Form is required*

***Property Owner Information:***

Owner Name: Clifton Peterson

Mail Permit To: 1370 24th Ave SW

City, State, Zip: Backus, MN 56435

Day Time Phone #: 218-587-3339

Email: cpeterson@tds.net

Bldg Contractor Name: Self

Contractor Phone #: —

E-911 Physical Address: Same

Township Name: Barclay

Section: 19 Twp: 138 Range: 29

Acres: 40

Lake/Stream Name: Pine River Class: Trib

Clifton E Peterson 7-9-24

Property Owner/Agent Signature Date

*I hereby affirm that the information provided is true, and that I am the fee title owner of the above described property, or the authorized agent thereof*

**OFFICE USE ONLY**

Received by: DB Date: JUL 09 2024

Total Fees Paid: 336.00

Check#: 5070

Receipt #: 244339

Property Zoning: SR

Structure Approval: [signature] APPROVED by Tony Nelson 7:52:32 AM, on 7/16/2024

Date Approved:

Date Mailed: MAILED 7/16/2024 7/16/2024JS

Comments: **To Meet All Required Setbacks**

---

☐ ***E-911 Address Assignment:*** ***Fee $100.00***
*Indicate driveway location on sketch*

☐ ***Residential Structure:*** ***Fee $*** ______
***New Home, Attached Garage, Deck(s):***
*(Decks not included in sq ft.)*
*(Fees $.35 per sq ft/minimum $150.00)*
*(All square footage under a roof line on main level)*
Total Square Foot: ______ x .35 = $ ______
Height to Peak: ______ Ft
Mobile Home: ☐ Yes ☐ No RV: ☐ Yes/ ☐ No
Total # of Bedrooms: ______ *Campers/RVs must account for septic waste disposal if not applying for sanitary system*

☐ ***Addition to Residential Structures: Fee $*** ______
***Include Screen Porches and Covered Decks***
***(Fees $0.45 per sq ft/minimum $100.00)***
Total Square Foot: ______ x .45 = $ ______
Height to Peak: ______
Bedroom Addition: ☐ Yes/ ☐ No
Total # of Bedrooms: ______
Compliance Required (see pg. 1)

☑ ***Accessory Structures:*** ***Fee $*** 336.00
***( Fees $.30 per sq ft/minimum $100.00, no max.)***
Total Square Feet: 1120 x .30 = $ ______
Height to Peak: <24' Dormers: ☐ Yes ☒ No
Sewered/Bathroom: ☐ Yes/ ☒ No *(compliance required if yes)*
28'x40' Storage Bldg

☐ ***Change of Use:*** ***Fee $ 50.00***
Residential to Accessory/Accessory to Residential

☐ ***Uncovered Decks:*** ***Fee $ 100.00***
Size: ______ (sq ft) *Include on site plan*

☐ ***Fences:*** ***Fee $ 100.00***
Height: ______ Setback to Public Water: ______

**OFFICE USE ONLY - SSTS INFORMATION**
Compliance Requirements Met: Yes No
Certificate or Compliance Inspection Date: ______
See SSTS Permit: ______

# Cass County Environmental Services
# Residential Building Permit Application

BARCLAY
ZP24-138-29-10

Cass County Environmental Services Department · PO Box 3000 Walker MN 56484
Phone 218-547-7241 Fax 218-547-7429 Email cass.eso@casscountymn.gov Website https://www.casscountymn.gov

Parcel ID # 02-008-2400

Applicant Name John Kunkel

*Property Owner Information:*

Owner Name John and Anne Kunkel

Mail Permit To 1839 Heuer Rd SW

City, State, Zip Pine River, MN 56474

Day Time Phone # 218-428-7578

Email jakunkel@tds.net

Bldg Contractor Name Owner

Contractor Phone #

E-911 Physical Address 1839 Heuer Rd SW

Township Name Barclay

Section 8 Twp 138 Range 29

Acres 40

Lake/Stream Name Pine River Class Tributary

Property Owner/Agent Signature [signature] Date 5/13/24

## OFFICE USE ONLY

Received by KB Date [illegible] 17 2024

Total Fees Paid 194.40

Check# 13045

Receipt # 243465

Property Zoning SR

Structure Approval [signature]

APPROVED by Troy Nelson 8:34:53 AM, on 6/27/2024

Date Approved

Date Mailed MAILED 6/27/2024 6/27/2024JS

Comments **To Meet All Required Setbacks**

To meet all conditions of approved Variance

VP24-138-29-1

---

☐ ***E-911 Address Assignment:*** ***Fee $100.00***
*Indicate driveway location on sketch*

☐ ***Residential Structure:*** ***Fee $*** ______
***New Home, Attached Garage, Deck(s):***

Total Square Foot x .35 = $
Height to Peak Ft
Mobile Home ☐ Yes/☐ No RV ☐ Yes/☐ No
Total # of Bedrooms

☑ ***Addition to Residential Structures: Fee $*** 194.40
***Include Screen Porches and Covered Decks***
***(Fees $0.45 per sq ft/min. $100.00)***
Total Square Foot 432 x .45 = $ 194.40
Height to Peak 14'
Bedroom Addition ☑ Yes/☐ No
Total # of Bedrooms 2
Compliance Required (see pg 1)

☐ ***Accessory Structures:*** ***Fee $*** ______
***(Fees $.30 per sq ft/min. $100.00, no max.)***
Total Square Feet x .30 = $
Height to Peak Dormers ☐ Yes/☐ No
Sewered/Bathroom ☐ Yes/☐ No *(compliance required if yes)*

☐ ***Change of Use:*** ***Fee $ 50.00***
Residential to Accessory/Accessory to Residential

☐ ***Uncovered Decks:*** ***Fee $ 100.00***
Size ______ (sq ft) *Include on site plan*

☐ ***Boundary Fences:*** ***Fee $ 100.00***
Height Setback to Public Water

## OFFICE USE ONLY - SSTS INFORMATION

Compliance Requirements Met (Yes) No
Certificate of Compliance Inspection Date 5/2/24
See SSTS Permit

# Cass County Environmental Services
# Residential Building Permit Application

BARCLAY
ZP24-138-29-6

Cass County Environmental Services Department · PO Box 3000, Walker, MN 56484
Phone: 218-547-7241 Fax: 218-547-7429 Email: Website:

02-350-0105

Parcel ID #:

Applicant Name: Same

If applicant is not the property owner, an Agent Authorization Form is required

**Property Owner Information:**

Owner Name:

Mail Permit To:

City, State, Zip:

Day Time Phone #:

Email:

Bldg Contractor Name:

Contractor Phone #:

E-911 Physical Address:

Township Name:

Section: Twp: Range:

Acres:

Lake/Stream Name: Class:

Property Owner/Agent Signature — Date

I hereby affirm that the information provided is true, and that I am the fee title owner of the above described property, or the authorized agent thereof.

**OFFICE USE ONLY**

Received by: LD Date:

Total Fees Paid: 420.00

Check#: Online

Receipt #: 243719

Property Zoning: SR

Structure Approval: APPROVED by Troy Nelson 4:01:10 PM, on 4/24/2024

Date Approved:

Date Mailed: 4/25/2024DB

Comments: To Meet All Required Setbacks

Any Vegetation clearing within the River setback, requires a Land/Shoreland alteration permit

☐ ***E-911 Address Assignment:*** ***Fee $80.00***
*Indicate driveway location on sketch*

☒ ***Residential Structure:*** ***Fee $*** 420.00
***New Home, Attached Garage, Deck(s):***
*(Decks not included in sq ft)*
.35 *(Fees $.30 per sq ft/min. $150.00)*
*(All square footage under a roof line on main level)*
Total Square Foot: 1200 x .30 = $ 420.00
Height to Peak: Ft
Mobile Home: ☐ Yes ☐ No RV: ☐ Yes ☐ No
Total # of Bedrooms: 2
30x40'

☐ ***Addition to Residential Structures:*** ***Fee $***
***Include Screen Porches and Covered Decks***
***(Fees $0.40 per sq ft/min. $100.00)***
Total Square Foot: x .40 = $
Height to Peak:
Bedroom Addition: ☐ Yes ☐ No
Total # of Bedrooms:
Compliance Required (see pg 1)

***Accessory Structures:*** ***Fee $***
***(Fees $.25 per sq ft/min. $100.00, no max.)***
Total Square Feet: x .25 = $
Height to Peak: Dormers: ☐ Yes ☐ No
Sewered Bathroom: ☐ Yes ☐ No (compliance required if yes)

☐ ***Change of Use:*** ***Fee $ 50.00***
Residential to Accessory/Accessory to Residential

☐ ***Uncovered Decks:*** ***Fee $ 100.00***
Size: (sq ft) ***Include on site plan***

☐ ***Boundary Fences:*** ***Fee $ 100.00***
Height: Setback to Public Water:

**OFFICE USE ONLY - SSTS INFORMATION**
Compliance Requirements Met: (Yes) No
Certificate of Compliance Inspection Date: 10/30/23
See SSTS Permit:

BARCLAY
ZP24-138-29-4

T-N-C

# Cass County Environmental Services
## Residential Building Permit Application

Cass County Environmental Services Department · PO Box 3000, Walker, MN 56484
Phone: 218-547-7241 Fax: 218-547-7429 Email: cass.es@casscountymn.gov Website: www.co.cass.mn.us

Parcel ID # 02-021-4202

Applicant Name: Joel and Bridget Barr
*If applicant is not the property owner, an Agent Authorization Form is required*

***Property Owner Information:***

Owner Name: Joel and Bridget Barr

Mail Permit To: 15150 Iguana Street NW

City, State, Zip: Ramsey, MN 55303

Day Time Phone # 612-483-0364

Email: jnbbarr@aol.com

Bldg Contractor Name: NA

Contractor Phone # NA

E-911 Physical Address: 1420 Cottonwood Trail Pine River

Township Name: Barclay

Section 21 Twp 138 Range 29

Acres 3.9 (110231)

Lake/Stream Name: Lizotte Lake Class NE

4/8/24

Property Owner/Agent Signature Date

*I hereby affirm that the information provided is true, and that I am the fee title owner of the above described property, or the authorized agent thereof*

**OFFICE USE ONLY**

Received by CB Date APR 1 0 2024

Total Fees Paid 150.00

Check# Online

Receipt # 243602

Property Zoning SR

Structure Approval [signature] APPROVED by Troy Nelson 4:15:09 PM, on 4/11/2024

Date Approved

Date Mailed 4/12/2024 JB

Comments

To Meet All Required Setbacks

☐ ***E-911 Address Assignment:*** ***Fee $100.00***
*Indicate driveway location on sketch*

☒ ***Residential Structure:*** ***Fee $ 150***
***New Home, Attached Garage, Deck(s):***
*(Decks not included in sq. ft.)*
*(Fees $.35 per sq ft/min. $150.00)*
*(All square footage under a roof line on main level)*
Total Square Foot ____ x .35 $ ____
Height to Peak ____ Ft.
Mobile Home: ☐ Yes ☐ No RV: ☐ Yes ☐ No
Total # of Bedrooms ____
10x14: Cabin

☐ ***Addition to Residential Structures:*** ***Fee $ ____***
***Include Screen Porches and Covered Decks***
***(Fees $0.45 per sq ft/min. $100.00)***
Total Square Foot: ____ x .45 = $ ____
Height to Peak ____
Bedroom Addition: ☐ Yes ☐ No
Total # of Bedrooms: ____
Compliance Required (see pg. 1)

☒ ***Accessory Structures:*** ***Fee $ ____***
***(Fees $.30 per sq ft/min. $100.00, no max.)***
Total Square Feet: ____ x .30 = $ ____
Height to Peak ____ Dormers ☐ Yes ☒ No
Sewered/Bathroom: ☐ Yes ☒ No (compliance required if yes)

☐ ***Change of Use:*** ***Fee $ 50.00***
Residential to Accessory/Accessory to Residential

☐ ***Uncovered Decks:*** ***Fee $ 100.00***
Size: ____ (sq ft) ***Include on site plan***

☐ ***Boundary Fences:*** ***Fee $ 100.00***
Height: ____ Setback to Public Water: ____

**OFFICE USE ONLY - SSTS INFORMATION**
Compliance Requirements Met: Yes No
Certificate or Compliance Inspection Date: ____
See SSTS Permit: ____

BARCLAY
ZP24-138-29-8

# Cass County Environmental Services
# Residential Building Permit Application

Cass County Environmental Services Department · PO Box 3000, Walker, MN 56484
Phone: 218-547-7241 Fax: 218-547-7429 Email: cass.esd@co.cass.mn.us Website: https://www.casscountymn.gov

Parcel ID #: 02-033-3400

Applicant Name: Polar Fox Properties LLC
*If applicant is not the property owner, an Agent Authorization Form is required*

*Property Owner Information:*

Owner Name: Polar Fox Properties LLC

Mail Permit To: 1470 24th Street SW

City, State, Zip: Pine River, MN 56474

Day Time Phone #: 763-286-7663

Email: chris@polarfoxproperties.com

Bldg Contractor Name: None

Contractor Phone #:

E-911 Physical Address: 1470 24th Street SW

Township Name: Barclay

Section: 33 Twp: 138 Range: 29

Acres: 2.3

Lake/Stream Name: Class:

Property Owner/Agent Signature Date
*I hereby affirm that the information provided is true, and that I am the fee title owner of the above described property, or the authorized agent thereof*

## OFFICE USE ONLY

Received by: Date:

Total Fees Paid:

Check#: 2157

Receipt #: 243915

Property Zoning:

Structure Approval: APPROVED by Troy Nelson 8:37:28 AM, on 5/21/2024

Date Approved:

Date Mailed:

Comments: To Meet All Required Setbacks

1st Payment: 192.00 (2157) 243915
2nd Payment: 192.00 (2166) 244134
3rd Payment: 192.00 (2181) 244338

☐ ***E-911 Address Assignment:*** ***Fee $100.00***
*Indicate driveway location on sketch*

☐ ***Residential Structure:*** ***Fee $*** ______
***New Home, Attached Garage, Deck(s):***
*(Decks not included in sq ft.)*
*(Fees $.35 per sq ft/min. $158.00)*
*(All square footage under a roof line on main level)*
Total Square Foot: ______ x .35 = $ ______
Height to Peak: ______ Ft.
Mobile Home: ☐ Yes/☐ No RV: ☐ Yes/☐ No
Total # of Bedrooms ______ *(Compared to what account for septic waste disposal if not applying for sanitary system)*

☐ ***Addition to Residential Structures:*** ***Fee $*** ______
***Include Screen Porches and Covered Decks***
***(Fees $0.45 per sq ft/min. $106.00)***
Total Square Foot: ______ x .45 = $ ______
Height to Peak:
Bedroom Addition: ☐ Yes/☐ No
Total # of Bedrooms ______
Compliance Required (see pg. 1)

☑ ***Accessory Structures:*** ***Fee $ 576.00***
***(Fees $.30 per sq ft/min. $100.00, no max.)***
Total Square Feet: 640 x .30 = $ 192.00
Height to Peak: ______ Dormers: ☐ Yes/☑ No
Sewered/Bathroom: ☐ Yes/☑ No *(compliance required, if yes)*
ATF Storage Containers

☐ ***Change of Use:*** ***Fee $ 50.00***
Residential to Accessory/Accessory to Residential

☐ ***Uncovered Decks:*** ***Fee $ 100.00***
Size: ______ (sq ft) *Include on site plan*

☐ ***Boundary Fences:*** ***Fee $ 100.00***
Height: ______ Setback to Public Water: ______

## OFFICE USE ONLY - SSTS INFORMATION

Compliance Requirements Met: Yes No
Certificate or Compliance Inspection Date: ______
See SSTS Permit: ______

# Cass County Environmental Services

## Residential Building Permit Application

*Please download document to your computer and use adobe reader to get full functionality of the PDF.*

Cass County Environmental Services Department - PO Box 3000, Walker, MN 56484
**Phone:** 218-547-7241 **Fax:** 218-547-7429
**Email:** cass.esd@casscountymn.gov **Website:** https://www.casscountymn.gov

1. Pages 1 through 3 must be completed and submitted before this application will be processed.
2. **Construction Permits are valid for two (2) years.**
3. **All corners of the proposed structure(s) MUST be flagged with visible flags, ribbons or lathe at the time the permit application is submitted. Additional site inspection will not be conducted if a site is not staked and your permit may be returned, less processing fees.**
4. **It will be a violation of the Cass County Land Use Ordinance to commence construction before the permit application is signed and approved by an ESD Resource Specialist, which can result in additional fees.**
5. Permits issued for any construction or addition to a structure with pressurized plumbing require a certificate of compliance or compliance inspection.

   Enter date of Certificate of Compliance (if less than 5 years for new system): ________________________.

   Enter date of Compliance Inspection (if less than 3 years on existing system): ________________________.
6. **Construction and Demolition Debris MUST NOT be buried or burned. Indicate how and where the material will be disposed of ________________________.**
7. **Application submitted MUST include the following to be considered complete:**
   a. **ALL fees paid in full at the time of submittal (online, by mail, or in person).**
   b. **Signature(s) of property owner, or authorized agent, on ALL forms including site sketch.**
   c. **All property and contact information must be completed on page 2.**
   d. **Total square footage of all structure(s) (first floor covered by roof, including covered porches).**
   e. **Total height from natural ground level to highest point of roof-line for all proposed structures.**
   f. **Property sketch including existing & proposed structures, all setbacks (waterbody, property lines, roadway, bluff, SSTS) and dimensions.**
   g. **An elevation view(s) of all proposed structures must be provided, including dormers, balconies, covered porches, etc. Include house plans if available (electronic or 8.6" x 11" format for all plans/figures).**
   h. **If your property is less than 1-acre, complete an impervious surface calculation.**
8. **The applicant or agent hereby makes application for a land use permit agreeing to do all such work in accordance with all Cass County Ordinances. Applicant or agent agrees that application, site plan, and other attachments submitted and which are approved by the ESD Official are true and accurate. Applicant or agent agrees that, in making application for a land use permit, applicant grants permission to Cass County, at reasonable times to enter applicant's premises, to determine compliance of that application with any applicable county, state, or federal ordinances or statutes. It is the applicant's sole responsibility to contact any other federal, state, or local agencies to ensure compliance with all relevant Municipal, State, Federal, or other applicable laws.**
9. **This permit may be suspended at any time upon violation of any ordinance or if the information provided in this application is found to be misleading or inaccurate.**
10. **When you have completed the application and all accompanying plans, email, mail or deliver in person to the Environmental Services Department (see below).**
11. **I have read and fully understand the above [...] swear that all information provided in this application is true and correct.**

EXHIBIT
C

______________________________ ______________________
**APPLICANT SIGNATURE** **DATE**

Fees due must accompany each application. Make check payable to the "Cass County Treasurer"
Online payment options are available at https://www.casscountymn.gov/1190/Application-Permit-Forms

# Cass County Environmental Services
## Residential Building Permit Application

Cass County Environmental Services Department · PO Box 3000, Walker, MN 56484
Phone: 218-547-7241 Fax: 218-547-7429 Email: [illegible] Website: https://www.casscountymn.gov

Parcel ID #: ____________

Applicant Name: ____________
*If applicant is not the property owner, an Agent Authorization Form is required*

***Property Owner Information:***

Owner Name: ____________

Mail Permit To: ____________

City, State, Zip: ____________

Day Time Phone #: ____________

Email: ____________

Bldg Contractor Name: ____________

Contractor Phone #: ____________

E-911 Physical Address: ____________

Township Name: ____________

Section: ______ Twp: ______ Range: ______

Acres: ____________

Lake/Stream Name: ____________ Class: ______

____________
Property Owner/Agent Signature Date

*I hereby affirm that the information provided is true, and that I am the fee title owner of the above described property, or the authorized agent thereof.*

**OFFICE USE ONLY**

Received by: ____________ Date: ______

Total Fees Paid: ____________

Check#: ____________

Receipt #: ____________

Property Zoning: ____________

Structure Approval: ____________

Date Approved: ____________

Date Mailed: ____________

Comments:

☐ ***E-911 Address Assignment:*** ***Fee $100.00***
*Indicate driveway location on sketch*

☐ ***Residential Structure:*** ***Fee $*** ______
***New Home, Attached Garage, Deck(s):***
*(Decks not included in sq ftg.)*
*(Fees $.35 per sq ft/minimum $150.00)*
*(All square footage under a roof-line on main level)*
Total Square Foot: ______ x .35 = $ ______
Height to Peak: ______ Ft.
Mobile Home: ☐ Yes/☐ No RV: ☐ Yes/☐ No
Total # of Bedrooms ______ *Camper RV's must account for septic waste disposal if not applying for sanitary system*

☐ ***Addition to Residential Structures: Fee $*** ______
***Include Screen Porches and Covered Decks***
***(Fees $0.45 per sq ft/minimum $100.00)***
Total Square Foot : ______ x .45= $ ______
Height to Peak: ______
Bedroom Addition: ☐ Yes/☐ No
Total # of Bedrooms: ______
Compliance Required (see pg. 1)

☐ ***Accessory Structures:*** ***Fee $*** ______
***( Fees $.30 per sq ft/minimum $100.00, no max.)***
Total Square Feet: ______ x .30 = $ ______
Height to Peak: ______ Dormers: ☐ Yes/☐ No
Sewered/Bathroom: ☐ Yes/☐ No *(compliance required, if yes)*

☐ ***Change of Use:*** ***Fee $ 50.00***
Residential to Accessory/Accessory to Residential

☐ ***Uncovered Decks:*** ***Fee $ 100.00***
Size: ______ (sq ft) *Include on site plan*

☐ ***Fences:*** ***Fee $ 100.00***
Height: ______ Setback to Public Water: ______

**OFFICE USE ONLY - SSTS INFORMATION**
Compliance Requirements Met: Yes No
Certificate or Compliance Inspection Date: ______
See SSTS Permit: ______

# Site Plan

***Click in the sketch area below to import an existing sketch (PDF or JPG format) or attach to email.***

DO NOT USE PENCIL

***Approved permit may differ from the original application.***

*Sketches must follow **BOTH** examples below. Septic designs will not be accepted as site sketches.*

***All work including earthmoving activities conducted within the Shoreland Impact Zone or the Shoreland Recreational Use Area requires a permit. Please include additional pages as necessary.***







Applicant Signature Date

*I hereby swear that the information provided in this sketch is true, accurate, and complete*

## ATTENTION PERMIT APPLICANTS

The Cass County Land Use Ordinance requires that any permit which involves the movement of fill material or excavation have sediment and erosion control measures be in place before construction begins and maintained until after construction is completed. Seeding and mulch must be applied within 14 days of completion of construction.

Any project which disturbs more than one acre also requires an MPCA Stormwater Permit.

**Failure to maintain sediment and erosion control measures may result in a Stop Work Order on the project, assessment of an administrative fee, and an approved sediment and erosion control plan before work may resume.**

**Here is one option available for sediment control:**




**SILT FENCE (TYP. INSTALLATION)**

SCALE: NONE

Please contact Environmental Services for recommendations on erosion control, sediment control, seeding, and mulch for your project:

Cass County Environmental Services Department
PO Box 3000
Walker, MN 56484
218-547-7241
Email: cass.esd@casscountymn.gov
Website: https://www.casscountymn.gov

**EMAIL COMPLETED FORM TO CASS.ESD@CASSCOUNTYMN.GOV**

*Personal (default) email account is required for form submission.*
*If you experience technical difficulties please print and mail/drop-off form.*

From: **Josh Stevenson**
josh.stevenson@casscountymn.gov
Subject: **RE: Data Request**
Date: **Apr 28, 2025 at 9:58:01 AM**
To: **Chad Cane** chadcane@icloud.com, **chadcane@gmail.com**

Chad,

Please see the attached data related to your 4/18/2025 request.

1. DLI Communications – See attached "Cane 04182025 DLI 1.pdf" and "Cane 04182025 DLI 2.pdf"
2. After the Fact Enforcement – See attached "Cane 04182025 containers 1.pdf", "Cane 04182025 containers 2.pdf", "Cane 04182025 containers 3.pdf", "Cane 04182025 containers 4.pdf", "Cane 04182025 containers 5.pdf", and "Cane 04182025 ATF.pdf".

Cass County is not producing documents which are subject to the attorney client privilege. Those documents are not public documents.

Thank you,

Joshua Stevenson
Cass County Administrator
303 Minnesota Avenue W I PO Box 3000
Walker, MN 56484
Phone: 218-547-7204 I Fax: 218-547-7455
Cell Phone: 218-536-1000
josh.stevenson@casscountymn.gov

To: Cass County Environmental Services
Subject: Government Data Practices Act Request – Enforcement Communications & DLI Coordination

Pursuant to the Minnesota Government Data Practices Act (Minn. Stat. § 13.01 et seq.), I hereb ... owing records:

EXHIBIT

D

A. DLI Communications

1. All communications between any member of Cass County Environmental Services and the Minnesota Department of Labor and Industry (DLI) from November 28, 2023, to present concerning any property located within Barclay Township.

This includes:

• Emails, attachments, drafts, and internal notes

• Forwarded messages, notifications, and permit-related discussions

• Any records referencing permit enforcement, compliance notifications, reporting obligations, or permit applications.

B. After the Fact Enforcement

2. All records related to after the fact permit enforcement actions concerning any property located in Barclay Township—specifically regarding shipping containers or other unpermitted structures—between January 19, 2024, and present.

This includes but is not limited to:

- Emails, field notes, memos, internal discussions, and instructions
- Any reference to Chad Cane, Rhonda Aho, or Parcel ID 02-033-3301 in connection with enforcement.

Please provide the data in its original form (electronic preferred). If any material is withheld or redacted, please include a written explanation identifying the specific legal basis under Minn. Stat. § 13.03 or related provisions.

Thank you,
Chad Cane
chadcane@gmail.com

Sent from my iPhone
CONFIDENTIALITY NOTICE: This message (including any attachments) may contain Confidential Information intended for the specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly

**Cane 04182025 DLI 1.pdf**
91 KB

prohibited.

**Troy Nelson**

**From:** Monson, Sheldon (DLI) <sheldon.monson@state.mn.us>
**Sent:** Thursday, November 30, 2023 2:10 PM
**To:** Troy Nelson
**Subject:** RE: Permits

Troy
Thanks.

We don't have an electrical permit filed for the electrical work either

The county attorney could add that to the charges also.

Let me know if you want the statute references.

Sheldon Monson
Electrical Area Representative |

Minnesota Department of Labor and Industry
443 Lafayette Road N., St. Paul, MN 55155
Cell: 218-689-3260 | Web: www.dli.mn.gov

DEPARTMENT OF LABOR AND INDUSTRY

**From:** Troy Nelson <troy.nelson@casscountymn.gov>
**Sent:** Thursday, November 30, 2023 8:25 AM
**To:** Monson, Sheldon (DLI) <sheldon.monson@state.mn.us>
**Subject:** Permits

You don't often get email from troy.nelson@casscountymn.gov. Learn why this is important

**This message may be from an external email source.**
Do not select links or open attachments unless verified. Report all suspicious emails to Minnesota IT Services Security Operations Center.

Good morning,

We do not have any permits for the parcel 02-033-3301 and it is in the hands of the attorney's office at this point.

Best regards,

Troy Nelson
Resource Specialist
Cass County Environmental Services
218-839-8238
[illegible]

EXHIBIT
D1

1/11/24

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain Confidential Information intended for the specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

**Jeff Woodford**

**From:** Jeff Woodford
**Sent:** Tuesday, December 12, 2023 2:21 PM
**To:** sheldon.monson@state.mn.us
**Cc:** Troy Nelson
**Subject:** RE: Permits

Thank you Sheldon,

I did speak with our representative in the County Attorney's office, it is not our intent to add the lack of electrical permit to our case at this time.

Let me know if you have any questions,

**Jeff Woodford**
Environmental Services Director
303 Minnesota Avenue West
P.O. Box 3000
Walker, MN 56484
Office: (218) 547-7428
jeff.woodford@casscountymn.gov
www.casscountymn.gov

*** Please note that my email address has changed to jeff.woodford@casscountymn.gov please update your records. Emails sent to my old email address will be forwarded***

**CONFIDENTIAL NOTICE:** *This message (including any attachments) may contain **Confidential Information intended for the specific individual and purpose, and is protected by law.** If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or taking any action based on it, is strictly prohibited.*

**From:** Monson, Sheldon (DLI) <sheldon.monson@state.mn.us>
**Sent:** Thursday, November 30, 2023 2:10 PM
**To:** Troy Nelson <troy.nelson@casscountymn.gov>
**Subject:** RE: Permits

Troy
Thanks.

We don't have an electrical permit filed for the electrical work either.

The county attorney could add that to the charges also.

Let me know if you want the statute references.

Sheldon Monson
Electrical Area Representative |



DLI 2

Minnesota Department of Labor and Industry
443 Lafayette Road N., St. Paul, MN 55155
Cell: 218-689-3260 | Web: www.dli.mn.gov

DEPARTMENT OF
LABOR AND INDUSTRY

**From:** Troy Nelson <troy.nelson@casscountymn.gov>
**Sent:** Thursday, November 30, 2023 8:25 AM
**To:** Monson, Sheldon (DLI) <sheldon.monson@state.mn.us>
**Subject:** Permits

You don't often get email from troy.nelson@casscountymn.gov. Learn why this is important

**This message may be from an external email source.**
Do not select links or open attachments unless verified. Report all suspicious emails to Minnesota IT Services Security Operations Center.

Good morning,

We do not have any permits for the parcel 02-033-3301 and it is in the hands of the attorney's office at this point.

Best regards,

Troy Nelson
Resource Specialist
Cass County Environmental Services
218-839-8238
troy.nelson@casscountymn.gov

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain Confidential Information intended for the specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

**Jeff Woodford**

**From:** Chris Beberg <chris@polarfoxoutdoors.com>
**Sent:** Monday, April 22, 2024 4:09 PM
**To:** Troy Nelson
**Cc:** Gary Hible; Jeff Woodford; Scott Wold
**Subject:** RE: Parcel 02-033-3400 Structures Permit Request

Thank you Troy for talking with me last week some more regarding the permit process for the Conex Containers.

I would like to request an abatement for the after the fact requirement that you mentioned in your original email. Some of my reasons for this request are:

1) We did not act here to purposefully avoid a permit requirement. The setting of a steel container on our site is not similar to the act of constructing a building. In fact we acquired the containers as actual shipping containers for the purpose of handling / receiving materials shipping into our site. Because we had no intention or action of building a structure, we simply never thought that a permit could possibly be required.
2) From your email I now understand the permit is to be completed as a Residential Building Permit. Our property is a commercial location. It doesn't seem reasonable to expect us to be aware of or consider requirements related to residential building projects in the County.

I am hopeful that you can see our intent was not to avoid a permitting process. We wish to work within the requirements of the community and are striving to be a good member and employer in the area. Right now times are very difficult for us as a start up business and operating in this economic climate. I respectfully request you consider our action with this clarity of intent and help us mitigate the penalty portion so we can submit for permit and become compliant as you have asked us to do.

I now have the permit application printed and complete and am hopeful we can submit it for a permit at the normal new permit rate only. If there is any additional appeal process regarding the ATF portion that we will need to go through please advise.

Thank you for your consideration.

*Chris Beberg*

PolarFoxOutdoors.com

**From:** Troy Nelson <troy.nelson@casscountymn.gov>
**Sent:** Thursday, April 18, 2024 9:55 AM
**To:** Chris Beberg <chris@polarfoxoutdoors.com>
**Cc:** Gary Hible <Gary@polarfoxoutdoors.com>; Jeff Woodford <jeff.woodford@casscountymn.gov>; Scott Wold <scott.wold@casscountymn.gov>
**Subject:** RE: Parcel 02-033-3400 Structures Permit Request

Good morning,

EXHIBIT D2 containers 1

The permit you are looking for is a Residential Building Permit and the box you will check is an Accessory Structure.

Temporary structure - Any structure placed on a property for less than 14 consecutive days. A link to our Definitions Ordinance can be found here https://www.casscountymn.gov/1266/County-Ordinances.

Section 1130.1 D. of the current Land Use Ordinance states Semi-trailers, railroad cars, manufactured houses, shipping containers, or similar structures shall not be used for storage unless prior approval from ESD and applicable land use permits are obtained.

I have included a copy of our former Land Use Ordinance for your review, which has been replaced by 2022-02. There were minimal changes to Sections 501 and 1130.1, but nothing that would omit the need for a permit to be required.

Best regards,

*Troy Nelson*
Resource Specialist
Cass County Environmental Services
218-839-8238
troy.nelson@casscountymn.gov

**From:** Chris Beberg <chris@polarfoxoutdoors.com>
**Sent:** Wednesday, April 17, 2024 1:35 PM
**To:** Troy Nelson <troy.nelson@casscountymn.gov>
**Cc:** Gary Hible <Gary@polarfoxoutdoors.com>
**Subject:** Parcel 02-033-3400 Structures Permit Request

Good afternoon Troy.

I have received your letter dated April 3, 2024 requesting us to acquire a Permit for a storage container along with payment of ATF rates. I have a couple questions about your request.

1) I have looked throughout the casscountymn website to familiarize myself with the permit you are requesting. I am not finding any language that includes or identifies the permit for using conex containers on site. Would you please provide me with the name or additional description of the permit you are requesting?
2) In trying to understand the noted violation to Section 501, I have reviewed the Land Use Ordinance from the same website, dated June 1, 2023 and identified as Land Use Ordinance # 2022-02. I would like to review a copy of Land Use Ordinance 2020-01 as well which I didn't find on the website. Is 2020-01 available on the website or can you send me a copy please?

Thank you.

Chris Beberg
Polar Fox Properties LLC
CONFIDENTIALITY NOTICE: This message (including any attachments) may contain Confidential Information intended for the specific individual and purpose, and is protected by law. If you are not the

intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

**Jeff Woodford**

| | |
|---|---|
| **From:** | Jeff Woodford |
| **Sent:** | Wednesday, April 3, 2024 8:06 AM |
| **To:** | Troy Nelson |
| **Subject:** | RE: Letter review |
| **Attachments:** | Polar Fox letter.doc |

Looks real good, couple minor things

**Jeff Woodford**
Environmental Services Director
303 Minnesota Avenue West
P.O. Box 3000
Walker, MN 56484
Office: (218) 547-7428
jeff.woodford@casscountymn.gov
www.casscountymn.gov

*** Please note that my email address has changed to jeff.woodford@casscountymn.gov please update your records. Emails sent to my old email address will be forwarded***

**CONFIDENTIAL NOTICE:** *This message (including any attachments) may contain* ***Confidential Information intended for the specific individual and purpose, and is protected by law.*** *If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or taking any action based on it, is strictly prohibited.*

**From:** Troy Nelson <troy.nelson@casscountymn.gov>
**Sent:** Tuesday, April 2, 2024 9:53 AM
**To:** Jeff Woodford <jeff.woodford@casscountymn.gov>
**Subject:** Letter review

When you get a chance, could you look at this letter.

Thank you,

Troy Nelson
Resource Specialist
Cass County Environmental Services
218-839-8238
troy.nelson@casscountymn.gov



continues 2

# Environmental Services

Our mission is to deliver quality public services to the citizens in an effective, professional and efficient manner

Troy Nelson-Resource Specialist
PO Box 3000, 303 Minnesota Avenue, Walker, MN 56484-3000
Phone: 218-547-7269 cCell: 218-839-8238
E-Mail: troy.nelson@casscountymn.gov Web site: www.casscountymn.gov

April 32, 2024 Re: Parcel: 02-033-3400

Polar Fox Properties, LLC.
C/O Beberg Landscape Properties, LLC.
2090 142nd LN NW.
Andover, MN 55304-3349

Dear Polar Fox Properties, LLC & Beberg Landscape Properties, LLC.,

It has come to my attention that you have some unpermitted storage (conex/shipping) containers on the above-listed parcel. This is a violation of the Cass County Land Use Ordinance (LUO) Section 501 Permits Required. Any Structure placed on a property for longer that than 14 days requires permits.

These structures will now require After-The-Fact (ATF) Permits, which are three times the original fees. Permits are available on our website casscountymn.gov.

Please contact me by April 22, 2024, at one of the numbers listed above to bring this property back into compliance with the Cass County LUO. Failure to meet this deadline may result in further enforcement action.

Sincerely,

Troy Nelson, Resource Specialist

CC: Jeff Woodford, Environmental Services Director
Scott Wold, County Planner
Nicole Cayko, Assistant County Attorney

BARCLAY
ZP24-138-29-8

# Cass County Environmental Services
# Residential Building Permit Application

Cass County Environmental Services Department - PO Box 3000, Walker, MN 56484
Phone: 218-547-7241 Fax: 218-547-7429 Email: cass.esd@casscountymn.gov Website: https://www.casscountymn.gov

Parcel ID #: 02-033-3400

Applicant Name: Polar Fox Properties LLC
*If applicant is not the property owner, an Agent Authorization Form is required*

***Property Owner Information:***

Owner Name: Polar Fox Properties LLC

Mail Permit To: 1470 24th Street SW

City, State, Zip: Pine River, MN 56474

Day Time Phone #: 763-286-7663

Email: chris@polarfoxproperties.com

Bldg Contractor Name: None

Contractor Phone #: ______

E-911 Physical Address: 1470 24th Street SW

Township Name: Barclay

Section: 33 Twp: 138 Range: 29

Acres: 2.3

Lake/Stream Name: ______ Class: ______

[signature] 4-18-24
Property Owner/Agent Signature Date

*I hereby affirm that the information provided is true, and that I am the fee title owner of the above-described property, or the authorized agent thereof.*

## OFFICE USE ONLY

Received by: LB Date: MAY 02 2024

Total Fees Paid: 576.00

Check#: 2157

Receipt #: 243915

Property Zoning: Com - C-2

Structure Approval: [signature] APPROVED by Troy Nelson 8:37:28 AM, on 5/21/2024

Date Approved: ______

Date Mailed: ______

Comments: To Meet All Required Setbacks

1st Payment: 192.00 (2157) 243915
2nd Payment: 192.00 (2166) 244134
3rd Payment: 192.00 (2181) 244338

☐ ***E-911 Address Assignment:*** ***Fee $100.00***
*Indicate driveway location on sketch*

☐ ***Residential Structure:*** ***Fee $*** ______
***New Home, Attached Garage, Deck(s):***
***(Decks not included in sq ft)***
***(Fees $.35 per sq ft/min. $150.00)***
*(All square footage under a roof-line on main level)*
Total Square Foot: ______ x .35 = $ ______
Height to Peak: ______ Ft.
Mobile Home: ☐ Yes/☐ No RV: ☐ Yes/☐ No
Total # of Bedrooms ______ *Camper/RV's must account for septic waste disposal if not applying for sanitary system*

☐ ***Addition to Residential Structures: Fee $*** ______
***Include Screen Porches and Covered Decks***
***(Fees $0.45 per sq ft/min. $100.00)***
Total Square Foot: ______ x .45 = $ ______
Height to Peak: ______
Bedroom Addition: ☐ Yes/☐ No
Total # of Bedrooms: ______
Compliance Required (see pg. 1)

☑ ***Accessory Structures:*** ***Fee $*** 576.00
***(Fees $.30 per sq ft/min. $100.00, no max.)***
Total Square Feet: 640 x .30 = $ 192.00
Height to Peak: ______ Dormers: ☐ Yes/☑ No
Sewered/Bathroom: ☐ Yes/☑ No *(compliance required, if yes)*
* ATF Storage Containers

☐ ***Change of Use:*** ***Fee $ 50.00***
Residential to Accessory/Accessory to Residential

☐ ***Uncovered Decks:*** ***Fee $ 100.00***
Size: ______ (sq ft) *Include on site plan*

☐ ***Boundary Fences:*** ***Fee $ 100.00***
Height: ______ Setback to Public Water: ______

## OFFICE USE ONLY - SSTS INFORMATION

Compliance Requirements Met: Yes No
Certificate or Compliance Inspection Date: ______
See SSTS Permit: ______



containers 3

CASS COUNTY MINNESOTA
PO BOX 3000
WALKER, MN 56484

07/09/2024
Transaction Number: 63938
Cashier: dawnbrcp
Department: ENVIRONMENTAL SERVICES
Drawer Number: 801

Payer Number:
Name: POLAR FOX OUTDOORS
Address: 1470 24TH ST SW
PINE RIVER, MN 56474

| Receipt Types | | | Amount | Tax | Total |
|---|---|---|---|---|---|
| MISC<br>01-801-000-0000-5544 | RESIDENTIAL BLDG PERMIT<br>FINAL PYMT ZP24-<br>138-29-8<br>Invoice Number: 02-033-3400 | Rec#:244338 | $192.00 | | $192.00 |
| | | | | Tax Included | $192.00 |
| | | | | | $192.00 |

2181

| | |
|---|---|
| Check Total: | $192.00 |
| E-Check: | |
| Cash: | |
| ACH Payment: | |
| Credit Card: | |
| No Fee: | |
| | $192.00 |
| Change: | $0.00 |
| | $192.00 |

Thank you!

CASS COUNTY MINNESOTA
PO BOX 3000
WALKER, MN 56484

06/12/2024
Transaction Number: 63258
Cashier: dawnbrcp
Department: ENVIRONMENTAL SERVICES
Drawer Number: 801

Payer Number.
Name: POLAR FOX OUTDOORS
Address: 1470 24TH ST SW
PINE RIVER, MN 56474

| Receipt Types | | | Amount | Tax | Total |
|---|---|---|---|---|---|
| MISC<br>01-801-000-0000-5544 | RESIDENTIAL BLDG PERMIT<br>ADDNL FEES FOR<br>ZP24-138-29-8<br>Invoice Number: 02-033-3400 | Rec#:244134 | $192.00 | | $192.00 |
| | | | | Tax Included | |
| | | | | | $192.00 |
| | | 2166 | | | $192.00 |
| | | | | Check Total: | $192.00 |
| | | | | E-Check: | |
| | | | | Cash: | |
| | | | | ACH Payment: | |
| | | | | Credit Card: | |
| | | | | No Fee: | |
| | | | | | $192.00 |
| | | | | Change: | $0.00 |
| | | | | | $192.00 |

Thank you!

CASS COUNTY MINNESOTA
PO BOX 3000
WALKER, MN 56484

05/17/2024
Transaction Number: 62612
Cashier: dawnbrcp
Department: ENVIRONMENTAL SERVICES
Drawer Number: 801

Payer Number:
Name: POLAR FOX OUTDOORS
Address: 1470 24TH ST SW
PINE RIVER, MN 56474

| Receipt Types | | | Amount | Tax | Total |
|---|---|---|---|---|---|
| MISC 01-801-000-0000-5544 | RESIDENTIAL BLDG PERMIT 1ST PYMT FOR STORAGE CONTAINER<br>Invoice Number: 02-033-3400 | Rec#:243915 | $192.00 | | $192.00 |

Tax Included $192.00
$192.00

2157 Check Total: $192.00
E-Check:
Cash:
ACH Payment:
Credit Card:
No Fee:
$192.00
Change: $0.00
$192.00

Thank you!

# Cass County Environmental Services
# Residential Building Permit Application

*Please download document to your computer and use adobe reader to get full functionality of the PDF.*

*Cass County Environmental Services Department - PO Box 3000, Walker, MN 56484*
*Phone: 218-547-7241 Fax: 218-547-7429*
*Email: cass.esd@casscountymn.gov Website: https://www.casscountymn.gov*

1. Pages 1 through 3 must be completed and submitted before this application will be processed.
2. Construction Permits are valid for two (2) years.
3. All corners of the proposed structure(s) MUST be flagged with visible flags, ribbons or lathe at the time the permit application is submitted. Additional site inspection will not be conducted if a site is not staked and your permit may be returned, less processing fees.
4. It will be a violation of the Cass County Land Use Ordinance to commence construction before the permit application is signed and approved by an ESD Resource Specialist, which can result in additional fees.
5. Permits issued for any construction or addition to a structure with pressurized plumbing require a certificate of compliance or compliance inspection.
   Enter date of Certificate of Compliance (If less than 5 years for new system): ________________.
   Enter date of Compliance Inspection (If less than 3 years on existing system): ________________.
6. Construction and Demolition Debris MUST NOT be buried or burned. Indicate how and where the material will be disposed of No construction and no debris.
7. Application submitted MUST include the following to be considered complete:
   a. ALL fees paid in full at the time of submittal (online, by mail, or in person).
   b. Signature(s) of property owner, or authorized agent, on ALL forms including site sketch.
   c. All property and contact information must be completed on page 2.
   d. Total square footage of all structure(s) (first floor covered by roof, including covered porches).
   e. Total height from natural ground level to highest point of roof-line for all proposed structures.
   f. Property sketch including existing & proposed structures, all setbacks (waterbody, property lines, roadway, bluff, SSTS) and dimensions.
   g. An elevation view(s) of all proposed structures must be provided, including dormers, balconies, covered porches, etc. Include house plans if available (electronic or 8.5" x 11" format for all plans/figures).
   h. If your property is less than 1-acre, complete an impervious surface calculation.
8. The applicant or agent hereby makes application for a land use permit agreeing to do all such work in accordance with all Cass County Ordinances. Applicant or agent agrees that application, site plan, and other attachments submitted and which are approved by the ESD Official are true and accurate. Applicant or agent agrees that, in making application for a land use permit, applicant grants permission to Cass County, at reasonable times to enter applicant's premises, to determine compliance of that application with any applicable county, state, or federal ordinances or statutes. It is the applicant's sole responsibility to contact any other federal, state, or local agencies to ensure compliance with all relevant Municipal, State, Federal, or other applicable laws.
9. This permit may be suspended at any time upon violation of any ordinance or if the information provided in this application is found to be misleading or inaccurate.
10. When you have completed the application and all accompanying plans, email, mail or deliver in person to the Environmental Services Department (see below).
11. I have read and fully understand the above instructions. I hereby swear that all information provided in this application is true and correct.

C P Bel ________________ 4-18-24
APPLICANT SIGNATURE DATE

Fees due must accompany each application. Make check payable to the "Cass County Treasurer"
Online payment options are available at https://www.casscountymn.gov/1190/Application-Permit-Forms

## Site Plan

***Click in the sketch area below to import an existing sketch (PDF or JPG format) or attach to email.***

**DO NOT USE PENCIL**




***Approved permit may differ from the original application.***

*Sketches must follow **BOTH** examples below. Septic designs will not be accepted as site sketches.*

***All work including earthmoving activities conducted within the Shoreland Impact Zone or the Shoreland Recreational Use Area requires a permit. Please include additional pages as necessary.***







Applicant Signature Date

*I hereby swear that the information provided in this sketch is true, accurate, and complete.*



revised 1/2/24

02-033-3400 | 2025 | *Press Submit/Enter to continue or enter new parcel/tax year*

| Parcel | Account | Asmt year | Tax year | Type |
|---|---|---|---|---|
| 02-033-3400 | 925 | 2024 | 2025 | RE |

Primary owner
110062 POLAR FOX PROPERTIES, LLC

Taxpayer
110062 POLAR FOX PROPERTIES, LLC

Ref. parcel

Dept
Abstract

Lake #/Name

Physical address
1470 24TH ST SW
PINE RIVER MN 56474

Hold tax statement

Escrow

Notes

FALCO
1 FO

Undeliverable tax address
N

Lease type

Commissioner dist
3

Emergency#

Surveyed

TIF district

MH court number

UDI
100.00%

TIF knock down date

User defined

Billing
P

**Unique Taxing Area**

UTA-Township/City
2 BARCLAY TOWNSHIP

School district
2174 PINE RIVER-BACKUS SC

| SCHL | EMER | C/T | ---- |
|---|---|---|---|
| 00 | 00 | 00 | 00 |

State UTA code
2 2174 00

Unit

**Property Description**
version 2

Description
W 429FT OF E 469FT OF S 234FT OF W1/2 OF SE1/4 OF SW1/4 LESS ANY PART OR PORTION THEREOF TAKEN FOR HWY OR ROADWAY PURPOSES

| Acres | Lot | Block | Plat - Description |
|---|---|---|---|
| 2.30 | | | |

Sect/Twp/Range
33 138.0 29

02-033-3400 2025 *Press Submit/Enter to continue or enter new parcel/tax year.*

Assessment Summary **Photos** Sketches



(/CAMA/02/02-033-3400_01.jpg)



(/CAMA/02/02-033-3400_02.jpg)



(/CAMA/02/02-033-3400_03.jpg)



(/CAMA/02/02-033-3400_04.jpg)




## POLAR FOX PROPERTIES LLC

0 24TH ST SW

**Cass County, Minnesota**

These data are provided on an "AS-IS" basis, without warranty of any type, expressed or implied, including but not limited to any warranty as to their performance, merchantability, or fitness for any particular purpose.
This map is not a substitute for accurate field surveys or for locating actual property lines and any adjacent features.

0 750 1,500 3,000 ft

**Troy Nelson**

---

**From:** Chris Beberg <chris@polarfoxoutdoors.com>
**Sent:** Friday, May 10, 2024 2:05 PM
**To:** Troy Nelson
**Subject:** RE: Parcel 02-033-3400 Structures Permit Request

Thanks Troy for doing what you can on this.

I am sending the first payment of $197 and a copy of the permit application to you today. I set up the 2nd and 3rd payments in my books to be paid on 6/10 and 7/10 respectively. If this payment plan is OK then I will just stick to it, but if you need anything different please let me know.

Have a good weekend.

*Chris Beberg*

PolarFoxOutdoors.com

**From:** Troy Nelson <troy.nelson@casscountymn.gov>
**Sent:** Thursday, May 9, 2024 4:02 PM
**To:** Chris Beberg <chris@polarfoxoutdoors.com>
**Subject:** RE: Parcel 02-033-3400 Structures Permit Request

Good afternoon,

I understand your frustration, unfortunately the Ordinance does govern my job. Normally, it would be $100 per storage container and you have 4 on site and therefore be a total of $1200. We are allowing you to permit them as one structure with the combined square footage lessening the cost by $624. The definition of structure in our Definitions Ordinance is as follows Anything constructed, placed or erected by humans, including but not limited to homes, garages accessory buildings, manufactured housing, recreational vehicles, signs, storage buildings, decks, fences and fish houses. Please submit the first payment of $192 as soon as you are able and then we can communicate on the final two $192 payments. After I receive the first payment, I will sign off on the permit.

Thank you,

Troy Nelson
Resource Specialist
Cass County Environmental Services
218-839-8238
troy.nelson@casscountymn.gov

**From:** Chris Beberg <chris@polarfoxoutdoors.com>
**Sent:** Thursday, May 9, 2024 10:10 AM
**To:** Troy Nelson <troy.nelson@casscountymn.gov>
**Subject:** RE: Parcel 02-033-3400 Structures Permit Request

 continues 4

Good morning Troy. I am checking back on this email I sent last week. I was hoping you could confirm I have the right info on the permit application. Please let me know if this is how I should proceed. Thanks.

*Chris Beberg*

PolarFoxOutdoors.com

**From:** Chris Beberg
**Sent:** Wednesday, May 1, 2024 3:57 PM
**To:** Troy Nelson <troy.nelson@casscountymn.gov>
**Subject:** RE: Parcel 02-033-3400 Structures Permit Request

Thanks Troy for the clarification.

I still am struggling with paying three times the fee no matter when I pay it. I completely disagree with paying a fee for a permit to build something when I am not building anything.

Anyway I attached a scan of the permit request and before I make a send it in with a payment plan can you please review and make sure I need to pay three times this amount? It's around $600 and is so frustrating............

*Chris Beberg*

PolarFoxOutdoors.com

**From:** Troy Nelson <troy.nelson@casscountymn.gov>
**Sent:** Wednesday, April 24, 2024 3:51 PM
**To:** Chris Beberg <chris@polarfoxoutdoors.com>
**Subject:** RE: Parcel 02-033-3400 Structures Permit Request

Hi Chris,

It is a one time ATF permit fee for each storage container and then you are in compliance and would not need anymore permits, unless you were adding other structures. Let me know on how you want to proceed with the payment schedule, when you know.

Best regards

Troy Nelson
Resource Specialist
Cass County Environmental Services
218-839-8238
troy.nelson@casscountymn.gov

**From:** Chris Beberg <chris@polarfoxoutdoors.com>
**Sent:** Wednesday, April 24, 2024 12:58 PM
**To:** Troy Nelson <troy.nelson@casscountymn.gov>
**Subject:** RE: Parcel 02-033-3400 Structures Permit Request

OK, thanks for considering Troy.

One other question I forgot to ask ... is this permit a one time purchase or do we have to keep paying?

*Chris Beberg*

PolarFoxOutdoors.com

**From:** Troy Nelson <troy.nelson@casscountymn.gov>
**Sent:** Wednesday, April 24, 2024 9:57 AM
**To:** Chris Beberg <chris@polarfoxoutdoors.com>
**Cc:** Gary Hible <Gary@polarfoxoutdoors.com>; Jeff Woodford <jeff.woodford@casscountymn.gov>; Scott Wold <scott.wold@casscountymn.gov>
**Subject:** RE: Parcel 02-033-3400 Structures Permit Request

Good morning Chris,

I understand the difficulties you are enduring with the lack of snow and ice this winter, unfortunately in visiting with my supervisors, we are not able to wave the After-The-Fact (ATF) fees. We are comfortable in spreading the fees over an agreed upon length of time of 3, 6 or 9 months. Please submit the permit with the initial payment of $100 per storage container to begin to bring your property back into compliance with our Ordinance.

Regards,

Troy Nelson
Resource Specialist
Cass County Environmental Services
218-839-8238
troy.nelson@casscountymn.gov

**From:** Chris Beberg <chris@polarfoxoutdoors.com>
**Sent:** Monday, April 22, 2024 4:09 PM
**To:** Troy Nelson <troy.nelson@casscountymn.gov>
**Cc:** Gary Hible <Gary@polarfoxoutdoors.com>; Jeff Woodford <jeff.woodford@casscountymn.gov>; Scott Wold <scott.wold@casscountymn.gov>
**Subject:** RE: Parcel 02-033-3400 Structures Permit Request

Thank you Troy for talking with me last week some more regarding the permit process for the Conex Containers.

I would like to request an abatement for the after the fact requirement that you mentioned in your original email. Some of my reasons for this request are:

1) We did not act here to purposefully avoid a permit requirement. The setting of a steel container on our site is not similar to the act of constructing a building. In fact we acquired the containers as actual shipping containers for the purpose of handling / receiving materials shipping into our site. Because we had no intention or action of building a structure, we simply never thought that a permit could possibly be required.

2) From your email I now understand the permit is to be completed as a Residential Building Permit. Our property is a commercial location. It doesn't seem reasonable to expect us to be aware of or consider requirements related to residential building projects in the County.

I am hopeful that you can see our intent was not to avoid a permitting process. We wish to work within the requirements of the community and are striving to be a good member and employer in the area. Right now times are very difficult for us as a start up business and operating in this economic climate. I respectfully request you consider our action with this clarity of intent and help us mitigate the penalty portion so we can submit for permit and become compliant as you have asked us to do.

I now have the permit application printed and complete and am hopeful we can submit it for a permit at the normal new permit rate only. If there is any additional appeal process regarding the ATF portion that we will need to go through please advise.

Thank you for your consideration.

*Chris Beberg*

PolarFoxOutdoors.com

**From:** Troy Nelson <troy.nelson@casscountymn.gov>
**Sent:** Thursday, April 18, 2024 9:55 AM
**To:** Chris Beberg <chris@polarfoxoutdoors.com>
**Cc:** Gary Hible <Gary@polarfoxoutdoors.com>; Jeff Woodford <jeff.woodford@casscountymn.gov>; Scott Wold <scott.wold@casscountymn.gov>
**Subject:** RE: Parcel 02-033-3400 Structures Permit Request

Good morning,

The permit you are looking for is a Residential Building Permit and the box you will check is an Accessory Structure.

Temporary structure - Any structure placed on a property for less than 14 consecutive days. A link to our Definitions Ordinance can be found here https://www.casscountymn.gov/1266/County-Ordinances.

Section 1130.1 D. of the current Land Use Ordinance states Semi-trailers, railroad cars, manufactured houses, shipping containers, or similar structures shall not be used for storage unless prior approval from ESD and applicable land use permits are obtained.

I have included a copy of our former Land Use Ordinance for your review, which has been replaced by 2022-02. There were minimal changes to Sections 501 and 1130.1, but nothing that would omit the need for a permit to be required.

Best regards,

*Troy Nelson*
Resource Specialist
Cass County Environmental Services
218-839-8238
troy.nelson@casscountymn.gov

**From:** Chris Beberg <chris@polarfoxoutdoors.com>
**Sent:** Wednesday, April 17, 2024 1:35 PM
**To:** Troy Nelson <troy.nelson@casscountymn.gov>
**Cc:** Gary Hible <Gary@polarfoxoutdoors.com>
**Subject:** Parcel 02-033-3400 Structures Permit Request

Good afternoon Troy.

I have received your letter dated April 3, 2024 requesting us to acquire a Permit for a storage container along with payment of ATF rates. I have a couple questions about your request.

1) I have looked throughout the casscountymn website to familiarize myself with the permit you are requesting. I am not finding any language that includes or identifies the permit for using conex containers on site. Would you please provide me with the name or additional description of the permit you are requesting?
2) In trying to understand the noted violation to Section 501, I have reviewed the Land Use Ordinance from the same website, dated June 1, 2023 and identified as Land Use Ordinance # 2022-02. I would like to review a copy of Land Use Ordinance 2020-01 as well which I didn't find on the website. Is 2020-01 available on the website or can you send me a copy please?

Thank you.

Chris Beberg
Polar Fox Properties LLC
CONFIDENTIALITY NOTICE: This message (including any attachments) may contain Confidential Information intended for the specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.
CONFIDENTIALITY NOTICE: This message (including any attachments) may contain Confidential Information intended for the specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.
CONFIDENTIALITY NOTICE: This message (including any attachments) may contain Confidential Information intended for the specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.
CONFIDENTIALITY NOTICE: This message (including any attachments) may contain Confidential Information intended for the specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

# Environmental Services

Our mission is to deliver quality public services to the citizens in an effective, professional and efficient manner.

Troy Nelson-Resource Specialist
PO Box 3000, 303 Minnesota Avenue, Walker, MN 56484-3000
Phone: 218-547-7269 Cell: 218-839-8238
E-Mail: troy.nelson@casscountymn.gov Web site: www.casscountymn.gov

CASS COUNTY Minnesota — Still Here To Explore

April 3, 2024 Re: Parcel: 02-033-3400

Polar Fox Properties, LLC.
C/O Beberg Landscape Properties, LLC.
2090 142nd LN NW.
Andover, MN 55304-3349

Dear Polar Fox Properties, LLC & Beberg Landscape Properties, LLC.,

It has come to my attention that you have some unpermitted storage (conex/shipping) containers on the above-listed parcel. This is a violation of the Cass County Land Use Ordinance (LUO) Section 501 Permits Required. Any Structure placed on a property for longer than 14 days requires permits.

These structures will now require After-The-Fact (ATF) Permits, which are three times the original fees. Permits are available on our website casscountymn.gov.

Please contact me by April 22, 2024, at one of the numbers listed above to bring this property into compliance with the Cass County LUO. Failure to meet this deadline may result in further enforcement action.

Sincerely,

Troy Nelson, Resource Specialist

CC: Jeff Woodford, Environmental Services Director
Scott Wold, County Planner
Nicole Cayko, Assistant County Attorney

containers 5

# Environmental Services

Our mission is to deliver quality public services to the citizens in an effective, professional and efficient manner

Troy Nelson-Resource Specialist
PO Box 3000, 303 Minnesota Avenue, Walker, MN 56484-3000
Phone: 218-547-7269 cell: 218-839-8238
E-Mail: troy.nelson@casscountymn.gov Web site: www.casscountymn.gov

November 13, 2024 Re: Parcel: 02-016-3302

Vicky Swanson
6598 Bobcat Trl. NW.
Cass Like, MN. 56633-2069

Dear Ms. Swanson,

It has come to my attention that an accessory structure has been constructed on the above parcel located at 1532 12th Street without a permit. Cass County Land Use Ordinance (LUO) Section 501 Permits Required, states a permit is required for land alterations, shoreland alterations, and the placement of structures, movement of an existing structure or structure additions but not limited to such activities as construction of residences, garages, decks, signs, second story additions, basements and accessory structures.

This accessory structure will now require an After-The-Fact (ATF) permit. ATF permits are three times the original fee. This permit is available on the Cass County website casscountymn.gov.

Please contact me at one of the numbers listed above by December 4th, 2024 to bring this property back into compliance with the Cass County LUO. Failure to meet this deadline may result in further enforcement action.

Sincerely,

Troy Nelson, Resource Specialist

CC: Jeff Woodford, Environmental Services Director
Scott Wold, County Planner
Nicole Cayko, Chief Deputy County Attorney

ATF

## Cass County Environmental Services
## Residential Building Permit Application

Cass County Environmental Services Department - PO Box 3000, Walker, MN 56484
Phone: 218-547-7241 Fax: 218-547-7429 Email: cass esd@casscountymn.gov Website: https://www.casscountymn.gov

BARCLAY
ZP24-138-29-19

Parcel ID #: 02-016-3302

Applicant Name: Vicky Swanson
*If applicant is not the property owner, an Agent Authorization Form is required*

***Property Owner Information:***

Owner Name: Vicky Swanson

Mail Permit To: 6598 Bobcat TRL NW

City, State, Zip: Cass Lake MN 56633

Day Time Phone #: 218-368-1973

Email: vswanson56@gmail.com

Bldg Contractor Name: Big foot Construction

Contractor Phone #: 218-631-3570

E-911 Physical Address: 1532 12th ST SW

Township Name: Barclay

Section: 16 Twp: 138 N Range: 29 W

Acres: 8.9

Lake/Stream Name: ______ Class: ______

Vicky Swanson 12-13-2024
Property Owner/Agent Signature Date

*I hereby affirm that the information provided is true, and that I am the fee title owner of the above-described property, or the authorized agent thereof.*

**OFFICE USE ONLY**

Received by: DB Date: DEC 24 2024

Total Fees Paid: 540.00 x 3 = 1620.00

Check#: 10780

Receipt #: 245574

Property Zoning: SR

Structure Approval: [signature] APPROVED by Troy Nelson

Date Approved: 8:42:58 AM on 12/26/2024

Date Mailed: 1/2/2025 DB

Comments: To Meet All Required Setbacks

---

☐ ***E-911 Address Assignment:*** ***Fee $100.00***
*Indicate driveway location on sketch*

☐ ***Residential Structure:*** ***Fee $*** ______
***New Home, Attached Garage, Deck(s):***
*(Decks not included in sq ftg.)*
*(Fees $.35 per sq ft/minimum $150.00)*
*(All square footage under a roof-line on main level)*
Total Square Foot: ______ x .35 = $ ______
Height to Peak: ______ Ft.
Mobile Home: ☐ Yes/☐ No RV: ☐ Yes/☐ No
Total # of Bedrooms ______ *Camper/RV's must account for septic waste disposal if not applying for sanitary system.*

☐ ***Addition to Residential Structures: Fee $*** ______
***Include Screen Porches and Covered Decks***
***(Fees $0.45 per sq ft/minimum $100.00)***
Total Square Foot: ______ x .45 = $ ______
Height to Peak: ______
Bedroom Addition: ☐ Yes/☐ No
Total # of Bedrooms: ______
Compliance Required (see pg. 1)

☒ ***Accessory Structures:*** ***Fee $ 1,620.00***
***(Fees $.30 per sq ft/minimum $100.00, no max.)***
Total Square Feet: 30' x 60' x .30 = $ 540.00
Height to Peak: 18' Dormers: ☐ Yes/☒ No
Sewered/Bathroom: ☐ Yes/☒ No *(compliance required, if yes)*
1800 ft² "ATF"

☐ ***Change of Use:*** ***Fee $ 50.00***
Residential to Accessory/Accessory to Residential

☐ ***Uncovered Decks:*** ***Fee $ 100.00***
Size: ______ (sq ft) *Include on site plan*

☐ ***Fences:*** ***Fee $ 100.00***
Height: ______ Setback to Public Water: ______

**OFFICE USE ONLY - SSTS INFORMATION**
Compliance Requirements Met: Yes No
Certificate or Compliance Inspection Date: ______
See SSTS Permit: ______

CASS COUNTY MINNESOTA
PO BOX 3000
WALKER, MN 56484

12/24/2024
Transaction Number: 67963
Cashier: dawnbrcp
Department: ENVIRONMENTAL SERVICES
Drawer Number: 801

Payer Number:
Name: SWANSON, VICKY
Address: 6598 BOBCAT TRL NW
CASS LAKE, MN 56633-269

| Receipt Types | | | Amount | Tax | Total |
|---|---|---|---|---|---|
| MISC | RESIDENTIAL BLDG PERMIT | Rec#:245574 | | | $1,620.00 |
| 01-801-000-0000-5544 | "ATF" 30' X 60' STORAGE BLDG | | $540.00 | | |
| | Invoice Number: 02-016-3302 | | | | |
| 01-801-000-0000-5568 | "ATF" FEES | | $1,080.00 | Tax Included | |
| | | | | | $1,620.00 |
| | | | | | $1,620.00 |

Amount Tendered: Checks: Doc #:10780

| | |
|---|---|
| Check Total: | $1,620.00 |
| E-Check: | |
| Cash: | |
| ACH Payment: | |
| Credit Card: | |
| No Fee: | |
| | $1,620.00 |
| Change: | $0.00 |
| | $1,620.00 |

Thank you!

## Site Plan

***Click in the sketch area below to import an existing sketch (PDF or JPG format) or attach to email.***

**DO NOT USE PENCIL**




***Approved permit may differ from the original application.***

*Sketches must follow BOTH examples below. Septic designs will not be accepted as site sketches.*

***All work including earthmoving activities conducted within the Shoreland Impact Zone or the Shoreland Recreational Use Area requires a permit. Please include additional pages as necessary.***







Vicki Swanson 12-13-2024

[redacted] [redacted]

*I hereby swear that the information provided in this sketch is true, accurate, and complete*



*revised 1/2/24*


02-016-3302
New Garage Location
These data are provided on an "AS-IS" basis, without warranty of any type, expressed or implied, including but not limited to any warranty as to their performance, merchantability, or fitness for any particular purpose.

02-016-3302 | 2025 | *Press Submit/Enter to continue or enter new parcel/tax year.*

| Parcel | Account | Asmt year | Tax year |
|---|---|---|---|
| 02-016-3302 | 655 | 2024 | 2025 |

Primary owner
103382 SWANSON, VICKY

Taxpayer
103382 SWANSON, VICKY

Ref. parcel

Dept
Abstract

Lake #/Name

Physical address
1532 12TH ST SW
PINE RIVER 56474

Hold tax statement

Escrow

FALCO
1 FO

Undeliverable
N

Commissioner dist
3

Emergency#

TIF district

MH court nun

TIF knock down date

User defined

**Unique Taxing Area**

UTA-Township/City
2 BARCLAY TOWNSHIP

School district
2174 PINE RIVER-BACKUS SC

| SCHL | EMER | C/T | **** |
|---|---|---|---|
| 00 | 00 | 00 | 00 |

State UTA code
2 2174 00

**Property Description**
version 2

Description
S 860' OF SW1/4 SW1/4 EXC W 884.24' THEREOF

| Acres | Lot | Block | Pla |
|---|---|---|---|
| 8.91 | | | |

Sect/Twp/Range
16 138.0 29

# Cass County Environmental Services

## Residential Building Permit Application

*Please download document to your computer and use adobe reader to get full functionality of the PDF.*

*Cass County Environmental Services Department - PO Box 3000, Walker, MN 56484*
*Phone: 218-547-7241 Fax: 218-547-7429*
*Email: cass esd@casscountymn.gov* *Website: https //www casscountymn gov*

1. Pages 1 through 3 must be completed and submitted before this application will be processed.
2. Construction Permits are valid for two (2) years.
3. All corners of the proposed structure(s) MUST be flagged with visible flags, ribbons or lathe at the time the permit application is submitted. Additional site inspection will not be conducted if a site is not staked and your permit may be returned, less processing fees.
4. It will be a violation of the Cass County Land Use Ordinance to commence construction before the permit application is signed and approved by an ESD Resource Specialist, which can result in additional fees.
5. Permits issued for any construction or addition to a structure with pressurized plumbing require a certificate of compliance or compliance inspection.
   Enter date of Certificate of Compliance (if less than 5 years for new system): N/A.
   Enter date of Compliance Inspection (if less than 3 years on existing system): N/A.
6. Construction and Demolition Debris MUST NOT be buried or burned. Indicate how and where the material will be disposed of Dumpster.
7. Application submitted MUST include the following to be considered complete:
   a. ALL fees paid in full at the time of submittal (online, by mail, or in person).
   b. Signature(s) of property owner, or authorized agent, on ALL forms including site sketch.
   c. All property and contact information must be completed on page 2.
   d. Total square footage of all structure(s) (first floor covered by roof, including covered porches).
   e. Total height from natural ground level to highest point of roof-line for all proposed structures.
   f. Property sketch including existing & proposed structures, all setbacks (waterbody, property lines, roadway, bluff, SSTS) and dimensions.
   g. An elevation view(s) of all proposed structures must be provided, including dormers, balconies, covered porches, etc. Include house plans if available (electronic or 8.5" x 11" format for all plans/figures).
   h. If your property is less than 1-acre, complete an impervious surface calculation.
8. The applicant or agent hereby makes application for a land use permit agreeing to do all such work in accordance with all Cass County Ordinances. Applicant or agent agrees that application, site plan, and other attachments submitted and which are approved by the ESD Official are true and accurate. Applicant or agent agrees that, in making application for a land use permit, applicant grants permission to Cass County, at reasonable times to enter applicant's premises, to determine compliance of that application with any applicable county, state, or federal ordinances or statutes. It is the applicant's sole responsibility to contact any other federal, state, or local agencies to ensure compliance with all relevant Municipal, State, Federal, or other applicable laws.
9. This permit may be suspended at any time upon violation of any ordinance or if the information provided in this application is found to be misleading or inaccurate.
10. When you have completed the application and all accompanying plans, email, mail or deliver in person to the Environmental Services Department (see below).
11. I have read and fully understand the above instructions. I hereby swear that all information provided in this application is true and correct.

Vicky Swanson — APPLICANT SIGNATURE

12-13-2024 — DATE

Fees due must accompany each application. Make check payable to the "Cass County Treasurer"
Online payment options are available at https://www.casscountymn.gov/1150/Application-Permit-Forms



Revised 1/2/24


07 05 2022




VICKY SWANSON
Cass County, Minnesota

FARM JOURNAL AG WEB

ADVERTISEMENT

NEWS / BUSINESS / FARMLAND

# Landowner Builds Off-Grid Container Home on Farm, Triggers Regulatory Rumble

Self-sufficiency in rural America? "No," says Chad Cane. "More like targeting and potential jail time."

By **Chris Bennett** · March 31, 2026 06:33 AM




"This is not the land of the fee and home of the slave," says Chad Cane. "Not everything needs to be regulated." (Photo courtesy of Aho/Cane)

Is Chad Cane's great sin going off-grid on the farm?

When Cane began building a container home on private land, county officials trespassed on his property, ignored due process, and levied a chain of regulatory penalties, he contends.

FARM JOURNAL AG WEB

Self-sufficiency and solar power in rural America? "No," he says. "More like targeting and potential jail time."

ADVERTISEMENT

Sponsor Content Corteva Agriscience

**The root of a strong weed control program**

This expert says preemergence herbicide applications are the foundation for achieving cleaner fields all season long.

Read More



### Hell of a Surprise

In 2021, Chad Cane and Rhonda Aho were given 2.5 acres of her father's 40-acre farm, the last vestige of a family operation reaching back to the 1950s and still planted in corn and soybeans today.




Aho and Cane's Cass County property and container location. (Photo Google Earth)

Located outside Pine River (population 990), in central Minnesota's Cass County, the 2.5 acres, partially edged by evergreens and jack pines, is surrounded by agricultural land. West, across a paved road, sits a cattle farm; north, a neighbor with another 40 acres; south, farmland; and east, a mix of timber and farmland.

**Related Stories**



Succession Planning

**The World Needs More McArthurs**



Business

**From Constraints to Catalysts: How Ag Leaders Turn Hardships into Strategy**



Business

**Farm Family Slammed by DOL Sues Feds, Demands Jury Trial**

Cane sought the blessing of his only immediate neighbor. "They were enthusiastic and gave us a big thumb's up. Other than them, there was no one else we could possibly bother. It was just a matter of putting in the time and effort to build a modest container home with my own hands—no public harm, no commercial activity, and no one else involved on private property."

ADVERTISEMENT

FARM JOURNAL AG WEB

**Sunrise Cooperative**

Turnrow Talk host Andrew McCrea visits with Jeff Goodbar of Sunrise Cooperative to highlight the team's focus on customers' long-term success.

Read More



By the summer of 2022, Cane was making headway, digging a basement and utilizing solar panels for power. On June 22, Cane got a "hell of a surprise."

An unidentified, unannounced woman entered the property as Cane was working. She walked behind the containers, taking photographs of the basement, solar panels, and Cane, he insists. "I was taken totally by surprise and had no idea who she was. I said, 'Do you know you're trespassing?'"



"We were building on private land and not hooking onto public utilities, but I think that made them want to control us even more," Cane says. (Photo Google Earth)

"She said, 'I'm from the county assessor's office.'"

The individual gathering information and taking pictures, Cane says, was Cass County staff appraiser Sandy Bennett. The property was posted with "no-trespassing" signs, including "private drive" hanging on the entry gate.

ADVERTISEMENT

Back came the county.

**Out in the Sticks**

On January 10, 2023, Cane got "another shock" behind his containers. "Around the corner walks a different lady than last time and says she's from the county and she's supposed to check on my progress."




Cane contends photographs taken by Cass County on his property, including this basement image, were illegally obtained by county reps. (Photo courtesy of Cane)

Cane says Jerri Huston, another Cass County staff appraiser, began asking construction questions. "I told her I wasn't through with anything yet, and she said, 'I could tell that you're not done from peeking inside.'"

ADVERTISEMENT

"I was really angry about the actions of a county official that knew better," Cane continues. "She was the second official to trespass, take measurements, take pictures, and snoop around—all without authorization. Blatant violations of the most basic property rights."

*(Citing pending litigation, Cass County officials decline Agweb.com interview requests regarding Aho and Cane's property.)*

Less than 24 hours after Cane demanded Huston leave, Cass County officials downloaded (January 11) Google Earth images of the property, he notes. Several weeks later, on February 2, Cane received a letter from Troy Nelson, resource specialist with Cass County Environmental Services, declaring the containers in violation of regulations:

ADVERTISEMENT

*An on-site inspection was performed on your above listed property. This inspection revealed the presence of six storage containers, with at least one of them placed upon a basement. There is also a solar panel on site. These structures all require permits according to the Cass County Land Use Ordinance (LUO) section 501 "Permits Required".*

*On a permit search of this parcel, it revealed no land use permits were approved or applied for on this property. These structures all now require After-The-Fact permits (LUO 604) which are 3 times the original cost.*

Nelson's letter refers to an "on-site inspection." However, no on-site inspection was conducted by Cass County, Cane says.

"It's deceptive. The wording makes it sound like he (Nelson) officially walked the property and examined everything. No way. He drove up to the gate and took a couple of pictures. That's it. And there was 2' of snow on the ground. How would he judge whether there was truly a basement?"

ADVERTISEMENT

"Truth is, he used Google, Eagleview, and the photos taken by the county appraisers when they illegally came on my land. That's an abuse of power. You illegally come on private property twice, and then pretend to have performed a legal inspection the third time when you never even were on the land."

*(Citing pending litigation, Cass County declined all Agweb.com questions related to the Aho/Cane property.)*

Per the county, Cane needed permits for all six containers and solar panel. He was required to sign a residential building permit application—and abide by the stipulations.

FARM JOURNAL AG WEB



Cane insists no on-site inspection of his property ever was conducted by Cass County. (Photo courtesy of Cane)

"It said I had to be done in two years. Keep in mind, I was building all by myself, so there was no chance in hell I'd be done. It said I had to agree to inspections and the state could come on our property. It said they can do a stop-work order if I violate their regulations."

ADVERTISEMENT

"All these permits, rules, and regulations for a few containers and solar panels for a family living off the grid, out in the sticks?"

Cane began questioning past permitting: Cass County had abundant shipping containers and solar panels scattered over 2,400 square miles. How many were permitted?

The answer, he says, was telltale.

**Hammer Time**

Roughly a half-mile to the south of Cane and Aho's property, a neighbor had a shipping container. Almost a half-mile east, a commercial property housed four containers. Further down the road, at another commercial business, 10 containers were visible from the road. And Aho's uncle, residing inside Pine River, kept two shipping containers.

ADVERTISEMENT

"None. Zero. Nobody had a permit," Cane contends. "Nobody had ever been asked for a permit. Nobody had ever had county officials even take a look at their containers. I looked online in the public records for our area of the county (Barclay township) and found no permits issued for shipping containers in the 53 years of available data. Another township, same thing. Another, same thing. I found one township with a couple of permitted containers. Literally, there are thousands of unpermitted containers here."

What about solar panels? "I started going around asking people with solar panels who told me they didn't have a permit and had never been bothered about it by the county. What the county was doing to me was the definition of selective enforcement. In my opinion, because I threw them off our land, they decided to hammer us. I wasn't sure what they'd do next."

ADVERTISEMENT

Jail time, possibly? Yes, according to Cass County.

**Criminals and Containers**

Approximately one month after Cane received a notice of violation letter from Nelson at Environmental Services, he received another letter (March 16, 2023) from Cass County assistant attorney Nicole Cayko, regarding his sewage system: get permitted, get fined, or go to jail for 90 days:

*... any habitable structure with pressurized water requires a Subsurface Sewage Treatment System (SSTS). All septic systems require a design by a licensed professional and a permit from Cass County.*

*You must bring your property into compliance within 30 days of the date of this letter or further enforcement action will be taken.*

ADVERTISEMENT

*Each day of a violation of an ordinance constitutes a separate offense. Each offense ... is punishable by up to 90 days in jail, a fine of not more than $1,000 or both.*

"We were building on private land and not hooking onto public utilities, but I think that made them want to control us even more. And to top it off, they didn't even know exactly what I was building, except for the information they took illegally. Suddenly, we were criminals for trying to live in a container."

**Sewer and Solar**

Pebble became landslide. Cass County hired a law firm, Iverson Reuvers, to seek enforcement or sue Cane in district court. On September 20, 2023, Cane received a certified letter from Iverson Reuvers, declaring him in violation of land use land use ordinances and in violation of sewage ordinances:

*... the County will seek injunctive relief and/or criminal charges, in addition to any costs and fees awarded by the Court.*

ADVERTISEMENT

FARM JOURNAL AGWEB



"Why is the state so desperate to regulate a solar panel?" Cane asks. "That's the whole point of an off-grid power source—to generate our own power and not bother anyone." (Photo courtesy of Aho/Cane)

Three months later, sewer became solar. On the heels of Cass County's noncompliance enforcement, the Minnesota Department of Labor & Industry put crosshairs on Cane's solar power. Cane received a letter (December 28, 2023) from senior investigator Chris Nguyen, requiring Cane to undergo a solar inspection and obtain a permit.

*Before the Department considers whether formal action is warranted or necessary, we would like to offer you the opportunity to respond to the allegations and/or potential violations noted above. Please provide this office with your written response by January 11, 2024. Additionally, please include in your written response the following:*

*• Identify who installed the solar array and did the electrical work.*

*• Provide copies of any invoices/contracts/agreements between you and whomever installed the solar array if it was not you...*

ADVERTISEMENT

*A violation of either of these statutes would constitute cause for the imposition of monetary penalties of up to $10,000 per violation.*

"Why is the state so desperate to regulate a solar panel?" Cane asks. "That's the whole point of an off-grid power source—to generate our own power and not bother anyone. I believe it's just one more means for the state to control people."

FARM JOURNAL AG WEB




With time/date marked by Cane, he contends Cass County officials downloaded Google Earth images of the container location a day after he threw a county appraiser off the property. (Photo courtesy of Cane)

"When they're engaging in unconstitutional enforcement and threatening to throw Rhonda in jail as the landowner, what was I supposed to do? This wasn't about land ordinances," says Cane, who represented himself and Aho, despite no legal background. "This was about basic freedoms."

ADVERTISEMENT

In June 2024, Cane's lawsuit was dismissed. "I did my best, thinking I could just present the facts to a judge. Big mistake. It was all about procedure and filing; facts were irrelevant."

In July 2024, Cass County sued Aho over the zoning ordinances, and won in January 2025. Cane followed with a second lawsuit against the county—now pending.

And the off-grid container home? It remains unfinished.

**Personal Liberty v. Permitting**

Rules for thee, but not for me, Cane posits. "The county ignores fundamental private property rights and then wields

FARM JOURNAL AG WEB

ADVERTISEMENT



"We want to be left alone out in the countryside," Cane insists, "but instead we're fighting selective permitting schemes that violate basic constitutional rights." (Photo courtesy of Aho/Cane)

How does Cane answer calls to pay the penalties and obtain permits?

"Somebody has to stop government overreach. We're supposed to live in a free country with personal liberty that ensures the government doesn't come on our land at will. Our crime was stacking cinder blocks, digging a basement on private land, and then challenging their selective enforcement."

"There's nothing more American than getting a piece of land far out and building something from nothing to live simply off-grid," he adds. "This is not the land of the fee and home of the slave. Not everything needs to be regulated."

*For more from Chris Bennett (@ChrisBennettMS or cbennett@farmjournal.com or 662-592-1106), see:*

ADVERTISEMENT

When Conservation Backfires: Landowner Defeats Feds in Mindboggling Private Property Case

Corn and Cocaine: Roger Reaves and the Most Incredible Farm Story Never Told