# Environmental Services

Our mission is to deliver quality public services to the citizens in an effective, professional and efficient manner.

**Troy Nelson-Resource Specialist**
PO Box 3000, 303 Minnesota Avenue, Walker, MN 56484-3000
Phone: 218-547-7269    cell: 218-839-8238
E-Mail: troy.nelson@casscountymn.gov Web site: www.casscountymn.gov

February 2, 2023                    Re:parcel: 02-033-3301

Rhonda Aho
1586 24th St. SW
Pine River, MN 56474-5101

Dear Ms. Aho,

An on-site inspection was performed on your above listed property. This inspection revealed the presence of six storage containers, with at least one of them placed upon a basement. There is also a solar panel on site. These structures all require permits according to the Cass County Land Use Ordinance (LUO) section 501 "Permits Required".

On a permit search of this parcel, it revealed no land use permits were approved or applied for on this property. These structures all now require After-The-Fact permits (LUO 604) which are 3 times the original cost. These permit applications can be found on the Cass County website www.casscountymn.gov. These can be permitted as Accessory Structures, unless they have living quarters in them, then they would require Residential Structure permits. The solar panel would be permitted as an Accessory Structure.

It is also unclear what is occurring as far as the sewage treatment on this property. Any habitable structure with pressurized water requires a Subsurface Sewage Treatment System (SSTS). All septic systems require a design by a licensed professional and a permit from Cass County per the Cass County SSTS Ordinance 1004 and Minnesota Rules Chapters 7080 through 7083.

Please contact me at one of the numbers listed above by February 17, 2023 to discuss these violations and bring this property back into compliance with Cass County. Failure to meet this deadline may result in further enforcement action.

Sincerely,


Troy Nelson
Cass County Resource Specialist

CC:  Jeff Woodford, Environmental Services Director
       Scott Wold, County Planner
       Nicole Cayko, Assistant County Attorney

**EXHIBIT 1**