# Cass County Attorney's Office
## County Attorney Benjamin T. Lindstrom

**Chief Deputy Attorney**
Kelsey L. Scanlon

**Assistant County Attorneys**
Jon P. Eclov
Nicole Cayko
Chelsea Langton

**Paralegals**
Heidi Krueger-Smith
Sara McGregor



**Victim Coordinator**
Shannon Pfeiffer
218-547-7422

**Administrative Legal
Secretary/Office Manager**
Colleen Bennett

**Legal Secretaries**
Michelle Carlson, Jaime Duffy,
Holly Carlson

March 14, 2023

Rhonda Aho
1586 24th St. SW
Pine River, MN 56474-5101

Dear Ms. Aho:

A letter was sent to you on February 2, 2023 from the Cass County Environmental Services Department informing you of the requirement that you fill out and submit for After-The-Fact permits for several structures recently placed on parcel ID: 02-033-3301 without a permit. The request stated that you had until February 17, 2023 to work with staff to resolve these violations or further action would be taken.

Cass County Land Use Ordinance Section 501 states that "A permit is required for the placement of structures." A structure is defined in the Cass County Environmental Definition Ordinance as "[a]nything constructed, placed or erected by humans." The six shipping containers and solar panel array that you placed on the property are structures that require a permit.

The Cass County Fee Schedule for 2023 has a $100.00 minimum fee for all accessory structure permits. After-The-Fact permits cost 3 times the regular rate. Your seven After-The-Fact permits will require a payment of $2,100 along with a completed permit application. You may contact Cass County Environmental Services to see if they would enter into a payment plan for the cost of the permits

It is my understanding that you objected to some of the language on the permit itself. That language has been struck out, as you can see in the attached permit application. I have approved this modified permit application, which you may fill out and submit it along with the appropriate payment.

The Cass County Subsurface Sewage Treatment System Ordinance and Minnesota Rules Chapters 7080 through 7083 also require that any habitable structure with pressurized water requires a Subsurface Sewage Treatment System (SSTS). All septic systems require a design by a licensed professional and a permit from Cass County.

You must bring your property into compliance within 30 days of the date of this letter or further enforcement action will be taken.

**EXHIBIT 2**

Each day of a violation of an ordinance constitutes a separate offense.  Each offense of the Cass County Land Use Ordinance and the Cass County Subsurface Sewage Treatment System Ordinance constitutes a misdemeanor under Minnesota Statute 394.37 and is punishable by up to 90 days in jail, a fine of not more than $1,000 or both.

Thank you so much,

Nicole Cayko
Assistant Cass County Attorney


cc:  Cass County Environmental Services

**EXHIBIT 2**