**IversonReuvers**
ATTORNEYS AT LAW

9321 Ensign Avenue South, Bloomington, MN 55438
Main: 952.548.7200 | www.iversonlaw.com

Jason J. Kuboushek
Direct: 952.548.7206
jasonk@iversonlaw.com

September 12, 2023

**VIA CERTIFIED MAIL**

Rhonda Aho
1586 24th St. SW
Pine River, MN 56474-5101

Re:    Cass County Enforcement Action

Dear Ms. Aho,

Our firm has been retained by Cass County to bring an enforcement action under the Cass County Land Use Ordinance for numerous zoning violations on your property. Previously the Cass County Environmental Services Department and the Cass County Attorney's Office has notified you are in violation of the County Land Use Ordinance and are required to obtain After-The-Fact permits for several structures placed on parcel ID: 02-033-3301. You, however, never responded to the February 2, 2023 and March 16, 2016 correspondence.

Additionally, the Cass County Attorney's Office also sent you a modified permit application on March 16, 2023 because of your objections to some of the language in the permit application. Again, you did not submit an After-The-Fact permit for the structures on your parcel using this modified permit application.

Finally, the County stated you must comply with the Cass County Subsurface Sewage Treatment System Ordinance and Minnesota Rules Chapters 7080 through 7083 because these regulations require any habitable structure with pressurized water have a Subsurface Sewage Treatment System (SSTS). This system must be designed by a licensed professional and a permit from Cass County. To date, you have not provided this information to the County.

Your non-compliance with the County's attempts to resolve this matter will result in an enforcement action where the County will seek injunctive relief and/or criminal charges, in addition to any costs and fees awarded by the Court. In a final attempt to resolve this matter, you have 10 business days from the date of this letter to bring your property into compliance. Another copy of the modified permit application is attached to assist you with that process.

If the property has not been brought into compliance within 10 business days, our office will be commencing an action in District Court.

Thank you for your immediate attention to this matter.

**EXHIBIT 3**