

**IversonReuvers**
ATTORNEYS AT LAW

9321 Ensign Avenue South, Bloomington, MN 55438
Main: 952.548.7200 | www.iversonlaw.com

**Jason J. Kuboushek**
Direct: 952.548.7206
jasonk@iversonlaw.com

December 18, 2025

Rhonda Aho
1586 24th St. SW
Pine River, MN 56474-5101

RE:     Cass County v. Rhonda Aho 11-CV-24-1083

Dear Ms. Aho:

This letter serves as formal notice the appeal process regarding the permit enforcement matter has concluded. Pursuant to the attached District Court Order, you are required to bring your property into full compliance with the Cass County Land Use Ordinance within **30 days** of December 17, 2025. This is the date on which the Minnesota Supreme Court denied the Petition for Review and ended the appeal process for this matter.

Failure to comply within the specified timeframe will result in Cass County taking additional appropriate action as prescribed in the District Court Order.

Please review the attached court order carefully and take all necessary steps to ensure compliance.

Thank you for your prompt attention to this matter

Sincerely,

Jason J. Kuboushek

cc:     Environmental Services

**EXHIBIT 4**