UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Chad Cane,

      Plaintiff,

v.

Cass County, Minnesota, a political
subdivision of the State of Minnesota,

      Defendant.

Case No. 0:26-CV-00132-JMB-LIB

**CERTIFICATE OF SERVICE**

---

I hereby certify that on July 6, 2026, I caused the following documents to be filed with the Court via ECF: Notice of Appearance, Answer, Exhibits 1-4. I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be served via U.S. Mail on the following Non-ECF participants at the individual's last known address, in accordance with Fed. R. Civ. P. 5(b)(2)(C):

Chad Cane
1586 24th Street SW
Pine River, MN 56474

Dated: July 6, 2026

**SQUIRES, WALDSPURGER & MACE, P.A.**

By: */s/ Abigail R. Kelzer*
    Abigail R. Kelzer, Atty. No. 397392
    333 South Seventh Street, Suite 2800
    Minneapolis, MN 55402
    Phone: (612) 436-4300
    Fax: (612) 436-4340
    abbi.kelzer@raswlaw.com

**ATTORNEY FOR DEFENDANT CASS
COUNTY**