**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Chad Cane,

Plaintiff,

v.

Cass County, Minnesota, a political subdivision of the State of Minnesota,

Defendant.

Case No. 0:26-CV-00132-JMB-LIB

**DECLARATION OF ABIGAIL R. KELZER**

---

I, Abigail R. Kelzer, declare and state as follows:

1. I am an attorney licensed to practice law before state and federal courts in Minnesota. I represent Defendant Cass County ("County") in the above-captioned matter. I make this declaration based on personal knowledge and in support of the County's Motion for Judgment on the Pleadings.

2. Attached hereto as Exhibit 1 is a true and correct copy of the County's Complaint filed in the County's enforcement action against Rhonda Aho, owner of the Property at issue in this lawsuit. This document is a court record and available on the State of Minnesota's Court Records website.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Order and Memorandum issued by the Cass County District Court granting the County's motion for summary judgment in the enforcement action against Ms. Aho (Cass County District Court File No. 11-CV-24-1083), as available on the State of Minnesota's Court Records website.

4. Attached hereto as Exhibits 3 and 4 are true and correct copies of the decisions

issued by the Minnesota Court of Appeals, filed on October 13, 2025, and the Minnesota Supreme Court, filed on December 17, 2025, in the same enforcement action against Ms. Aho.

5. Attached hereto as Exhibit 5 is a true and correct copy of the Complaint filed by Plaintiff and Ms. Aho in their initial federal court action against the County and various County officials, filed on January 19, 2024, in Case No. 0:24-cv-00153-JWB-LIB

6. Attached hereto as Exhibit 6 is a true and correct copy of the Complaint filed by Plaintiff in his second federal court action against the County, filed on July 29, 2025, in Case No. 0:25-cv-3045-LMP/LIB.

7. Attached hereto as Exhibit 7 is a true and correct copy of Section 501 of the Cass County Land Use Ordinance. A complete copy of the Land Use Ordinance is available on the County's public website at https://www.casscountymn.gov/DocumentCenter/View/2289/Land-Use-Ordinance-2025-01-PDF.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on September 24, 2026, in Hennepin County, Minnesota.

*s/Abigail R. Kelzer*
Abigail R. Kelzer