Filed in District Court
State of Minnesota
7/31/2024 12:54 PM

STATE OF MINNESOTA | DISTRICT COURT

COUNTY OF CASS | NINTH JUDICIAL DISTRICT
Case Type: Declaratory Judgment

Cass County,

Plaintiff,

vs.

Rhonda Aho,

Defendant.

Court File No.

**SUMMONS**

**THIS SUMMONS IS DIRECTED TO DEFENDANT Rhonda Aho, 1586 24th St. SW, Pine River, MN 56474-5101**

MINNESOTA JUDICIAL BRANCH

1. **YOU ARE BEING SUED**. The Plaintiff has asserted claims against you. The Plaintiff's Complaint against you is attached to this Summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no court file number on this Summons.

2. **YOU MUST REPLY WITHIN 21 DAYS TO PROTECT YOUR RIGHTS**. You must give or mail to the person who signed this Summons **a written response** called an Answer within 21 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this Summons located at:

Jason J. Kuboushek
Iverson Reuvers
9321 Ensign Avenue South
Bloomington, MN 55438

**3.** **YOU MUST RESPOND TO EACH CLAIM**. The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

Filed in District Court
State of Minnesota
7/31/2024 12:54 PM

4. **YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS**. If you do not Answer within 21 days, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiff everything asked for in the Complaint. If you do not want to contest the claims stated in the Complaint, you do not need to respond. A default judgment can then be entered against you for the relief requested in the Complaint.

5. **LEGAL ASSISTANCE**. You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. **Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case**.

6. **ALTERNATIVE DISPUTE RESOLUTION**. The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

Dated: July 22, 2024

s/ Jason J. Kuboushek
Jason J. Kuboushek, #304037
IVERSON REUVERS
9321 Ensign Avenue South
Bloomington, MN 55438
Telephone: (952) 548-7200
jasonk@iversonlaw.com

*Attorneys for Plaintiff Cass County*

MINNESOTA
JUDICIAL
BRANCH

Filed in District Court
State of Minnesota
7/31/2024 12:54 PM

STATE OF MINNESOTA DISTRICT COURT

COUNTY OF CASS NINTH JUDICIAL DISTRICT
Case Type: Declaratory Judgment

Cass County, Court File No.

Plaintiff,

vs.

Rhonda Aho,

Defendant.

**COMPLAINT**

Plaintiff Cass County ("County") states and alleges as follows:

1. This is an action for declaratory and injunctive relief pursuant to the Cass County Land Use Ordinance ("Land Use Ordinance"), Minn. Stat. § 555.01, *et seq.*, and Minn. R. Civ. P. 65.

**PARTIES**

2. Plaintiff County is a governmental subdivision created under the laws of the State of Minnesota.

3. Defendant Rhonda Aho is the owner of property located at 1586 24th St. SW, Pine River, MN 56474-5101, which is also identified as Property Identification No. 02-033-3301 (the "Property").

## VENUE

4. Venue in this Court is appropriate, pursuant to Minn. Stat. § 542.02, as the Property is located in Cass County.

## FACTUAL ALLEGATIONS

5. The County is authorized to carry out planning and zoning activities, and pursuant to its statutory authority, has adopted the Cass County Land Use Ordinance, which it has amended from time to time.

6. Under Sections 600 to 603 of the Cass County Land Use Ordinance, the County has the authority to stop any work in violation of the Land Use Ordinance. Additionally, these Sections afford the County the ability to enforce the provisions of the Land Use Ordinance.

7. On or about January 11, 2023 the County made observations of Ms. Aho's property from the adjacent Public Highway. During these observations, the County identified six storage containers, with at least one of them placed upon a basement. There was also a solar panel on the site.

MINNESOTA JUDICIAL BRANCH

11-CV-24-1083

Filed in District Court
State of Minnesota
7/31/2024 12:54 PM




8. Under Section 501 of the Cass County Land Use Ordinance, the storage containers and the solar panel would require permits. The County reviewed its records following the inspection and found no permits had been approved or applied for regarding these structures.

9. Additionally, the County was not sure what Ms. Aho was using for sewage treatment on the property. Under the County's ordinance and State regulations, any habitable structure with pressurized water requires a Subsurface Sewage Treatment System (SSTS).

10. On February 2, 2023, the County sent a letter to Ms. Aho which identified the ordinance violations and ways to potentially resolve the violations. **See Exhibit A.** The County gave Ms. Aho until February 17, 2023 to contact the County regarding correcting the violations.

MINNESOTA JUDICIAL BRANCH

11. Ms. Aho did not correct the violations. However, on February 16, 2023, Ms. Aho did call the County to inquire how the violations were identified. She did not offer any means for correcting the violations. On February 17, 2023, Ms. Aho called a different staff member at the County and had a similar conversation. Ms. Aho never stated to either staff member if she would be bringing the property into compliance.

12. On March 16, 2023, Assistant County Attorney Cayko sent another enforcement letter to Ms. Aho. **See Exhibit B.** Ms. Cayko re-stated to Ms. Aho "Cass County Land Use Ordinance Section 501 states that 'A permit is required for the placement of structures.' A structure is defined in the Cass County Environmental Definition Ordinance as '[a]nything constructed, placed or erected by humans.' The six shipping containers and solar panel array that you placed on the property are structures that require a permit."

13. Ms. Cayko also stated "[i]t is my understanding that you objected to some of the language on the permit itself. That language has been struck out, as you can see in the attached permit application. I have approved this modified permit application, which you may fill out and submit it along with the appropriate payment." Finally, Ms. Cayko notified Ms. Aho she had 30 days to bring her property into compliance. Ms. Aho, however, did not bring her property into compliance.



MINNESOTA JUDICIAL BRANCH

14. On August 9, 2023, the County observed additional construction on the site:



BRANCH

Filed in District Court
State of Minnesota
7/31/2024 12:54 PM



15. On September 20, 2023, outside counsel for the County sent Ms. Aho another violation letter and indicated the property must be brought into compliance within 10 days. **See Exhibit C.** Ms. Aho did not bring the property into compliance. Instead, Ms. Aho sued the County and outside counsel for the County in Federal Court alleging constitutional violations related to the enforcement action. All of Ms. Aho's claims, however, were dismissed by the Federal Court.

16. To date, Ms. Aho's property is in violation of the Cass County Land Use Ordinance.

**COUNT I – DECLARATORY RELIEF: ORDINANCE VIOLATIONS**

17. The County re-alleges the foregoing paragraphs.

18. Defendant Aho is in violation of the Land Use Ordinance, as described above.

19. The County is entitled to have this Court determine the controversy between itself and the Defendant and determine ordinance violations exist on the property.

**COUNT II – INJUNCTIVE RELIEF: ABATEMENT**

20. The County re-alleges the foregoing paragraphs.

21. The ongoing zoning violations constitute irreparable harm to the County, for which there is no adequate legal remedy.

22. A permanent injunction is necessary to abate the existing violations and prevent continued violations at the Property.

23. If Defendant does not immediately abate the existing violations, the Court should authorize the County to enter the Property, abate the violations, and assess the costs to the Property.

**PRAYER FOR RELIEF**

**WHEREFORE,** the County requests the following relief:

1. Issuance of an Order declaring that Defendant's property is in violation of the Zoning Ordinance.





MINNESOTA JUDICIAL BRANCH

Filed in District Court
State of Minnesota
7/31/2024 12:54 PM

2. Issuance of an injunction requiring Defendant to abate the violations within 30 days.

3. Alternatively, issuance of an Order allowing the County to enter the Property, abate the violations, and assess the costs to the Property.

4. Awarding the County its costs, disbursements and fees.

5. Any other relief the Court deems just and equitable.

Dated: July 22, 2024

s/Jason J. Kuboushek
Jason J. Kuboushek, #304037
IVERSON REUVERS
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7206
jasonk@iversonlaw.com

*Attorneys for Plaintiff Cass County*

MINNESOTA JUDICIAL BRANCH

**ACKNOWLEDGMENT**

The undersigned hereby acknowledges that costs, disbursements and reasonable attorney and witness fees may be awarded to the opposing party or parties pursuant to Minn. Stat. § 549.211.

s/Jason J. Kuboushek
Jason J. Kuboushek, #304037

# Environmental Services

Our mission is to deliver quality public services to the citizens in an effective, professional and efficient manner.

**Troy Nelson-Resource Specialist**
PO Box 3000, 303 Minnesota Avenue, Walker, MN 56484-3000
Phone: 218-547-7269 cell: 218-839-8238
E-Mail: troy.nelson@casscountymn.gov Web site: www.casscountymn.gov

February 2, 2023 Re:parcel: 02-033-3301

Rhonda Aho
1586 24th St. SW
Pine River, MN 56474-5101

Dear Ms. Aho,

An on-site inspection was performed on your above listed property. This inspection revealed the presence of six storage containers, with at least one of them placed upon a basement. There is also a solar panel on site. These structures all require permits according to the Cass County Land Use Ordinance (LUO) section 501 "Permits Required".

On a permit search of this parcel, it revealed no land use permits were approved or applied for on this property. These structures all now require After-The-Fact permits (LUO 604) which are 3 times the original cost. These permit applications can be found on the Cass County website www.casscountymn.gov. These can be permitted as Accessory Structures, unless they have living quarters in them, then they would require Residential Structure permits. The solar panel would be permitted as an Accessory Structure.

It is also unclear what is occurring as far as the sewage treatment on this property. Any habitable structure with pressurized water requires a Subsurface Sewage Treatment System (SSTS). All septic systems require a design by a licensed professional and a permit from Cass County per the Cass County SSTS Ordinance 1004 and Minnesota Rules Chapters 7080 through 7083.

Please contact me at one of the numbers listed above by February 17, 2023 to discuss these violations and bring this property back into compliance with Cass County. Failure to meet this deadline may result in further enforcement action.

Sincerely,

Troy Nelson
Cass County Resource Specialist

CC: Jeff Woodford, Environmental Services Director
Scott Wold, County Planner
Nicole Cayko, Assistant County Attorney

Filed in District Court
State of Minnesota
7/31/2024 12:54 PM

# Cass County Attorney's Office

*County Attorney Benjamin T. Lindstrom*

**Chief Deputy Attorney**
Kelsey L. Scanlon

**Assistant County Attorneys**
Jon P. Eclov
Nicole Cayko
Chelsea Langton

**Paralegals**
Heidi Krueger-Smith
Sara McGregor

disclosed by email
4-11-23

March 16, 2023

Rhonda Aho
1586 24th St. SW
Pine River, MN 56474-5101

Dear Ms. Aho:

A letter was sent to you on February 2, 2023 from the Cass County Environmental Services Department informing you of the requirement that you fill out and submit for After-The-Fact permits for several structures recently placed on parcel ID: 02-033-3301 without a permit. The request stated that you had until February 17, 2023 to work with staff to resolve these violations or further action would be taken.

Cass County Land Use Ordinance Section 501 states that "A permit is required for the placement of structures." A structure is defined in the Cass County Environmental Definition Ordinance as "[a]nything constructed, placed or erected by humans." The six shipping containers and solar panel array that you placed on the property are structures that require a permit.

The Cass County Fee Schedule for 2023 has a $100.00 minimum fee for all accessory structure permits. After-The-Fact permits cost 3 times the regular rate. Your seven After-The-Fact permits will require a payment of $2,100 along with a completed permit application. You may contact Cass County Environmental Services to see if they would enter into a payment plan for the cost of the permits

It is my understanding that you objected to some of the language on the permit itself. That language has been struck out, as you can see in the attached permit application. I have approved this modified permit application, which you may fill out and submit it along with the appropriate payment.

The Cass County Subsurface Sewage Treatment System Ordinance and Minnesota Rules Chapters 7080 through 7083 also require that any habitable structure with pressurized water requires a Subsurface Sewage Treatment System (SSTS). All septic systems require a design by a licensed professional and a permit from Cass County.

You must bring your property into compliance within 30 days of the date of this letter or further enforcement action will be taken.

PO BOX 3000 ▪ 303 MINNESOTA AVENUE W.▪WALKER, MN 56484-3000
PHONE: (218) 547-7255▪ FAX: (218) 547-2821; e-mail: cass.atty@casscountymn.gov

Filed in District Court
State of Minnesota
7/31/2024 12:54 PM

Each day of a violation of an ordinance constitutes a separate offense. Each offense of the Cass County Land Use Ordinance and the Cass County Subsurface Sewage Treatment System Ordinance constitutes a misdemeanor under Minnesota Statute 394.37 and is punishable by up to 90 days in jail, a fine of not more than $1,000 or both.

Thank you so much,

Nicole Cayko
Assistant Cass County Attorney

cc: Environmental Services

MINNESOTA JUDICIAL BRANCH

11-CV-24-1083

Filed in District Court
State of Minnesota
7/31/2024 12:54 PM

# Cass County Environmental Services
## Residential Building Permit Application

*Please download document to your computer and use adobe reader to get full functionality of the PDF.*

*Cass County Environmental Services Department - PO Box 3000, Walker, MN 56484*
**Phone:** *218-547-7241* **Fax:** *218-547-7429*
**Email:** *cass.esd@casscountymn.gov* **Website:** *https://www.casscountymn.gov*

1. **Pages 1 through 3 must be completed and submitted before this application will be processed.**
2. **Construction Permits are valid for two (2) years.**
3. **All corners of the proposed structure(s) MUST be flagged with visible flags, ribbons or lathe at the time the permit application is submitted. Additional site inspection will not be conducted if a site is not staked and your permit may be returned, less processing fees.**
4. **It will be a violation of the Cass County Land Use Ordinance to commence construction before the permit application is signed and approved by an ESD Resource Specialist, which can result in additional fees.**
5. **Permits issued for any construction or addition to a structure with pressurized plumbing require a certificate of compliance or compliance inspection.**
   **Enter date of Certificate of Compliance (if less than 5 years for new system): ____________________.**
   **Enter date of Compliance Inspection (if less than 3 years on existing system): ____________________.**
6. **Construction and Demolition Debris MUST NOT be buried or burned. Indicate how and where the material will be disposed of ______________________________________.**
7. **Application submitted MUST include the following to be considered complete:**
   a. **ALL fees paid in full at the time of submittal (online, by mail, or in person).**
   b. **Signature(s) of property owner, or authorized agent, on ALL forms including site sketch.**
   c. **All property and contact information must be completed on page 2.**
   d. **Total square footage of all structure(s) (first floor covered by roof, including covered porches).**
   e. **Total height from natural ground level to highest point of roof-line for all proposed structures.**
   f. **Property sketch including existing & proposed structures, all setbacks (waterbody, property lines, roadway, bluff, SSTS) and dimensions.**
   g. **An elevation view(s) of all proposed structures must be provided, including dormers, balconies, covered porches, etc. Include house plans if available (electronic or 8.5" x 11" format for all plans/figures).**
   h. **If your property is less than 1-acre, complete an impervious surface calculation.**
8. **The applicant or agent hereby makes application for a land use permit agreeing to do all such work in accordance with all Cass County Ordinances. Applicant or agent agrees that application, site plan, and other attachments submitted and which are approved by the ESD Official are true and accurate. Applicant or agent agrees that, in making application for a land use permit, applicant grants permission to Cass County, at reasonable times to enter applicant's premises, to determine compliance of that application with any applicable county, state, or federal ordinances or statutes. It is the applicant's sole responsibility to contact any other federal, state, or local agencies to ensure compliance with all relevant Municipal, State, Federal, or other applicable laws.**
9. **This permit may be suspended at any time upon violation of any ordinance or if the information provided in this application is found to be misleading or inaccurate.**
10. **When you have completed the application and all accompanying plans, email, mail or deliver in person to the Environmental Services Department (see below).**
11. **I have read and fully understand the above instructions. I hereby swear that all information provided in this application is true and correct.**

____________________________ ____________________
**APPLICANT SIGNATURE** **DATE**

**Fees due must accompany each application. Make check payable to the "Cass County Treasurer"**
**Online payment options are available at https://www.casscountymn.gov/1190/Application-Permit-Forms**

*Revised 1/3/23*

Exhibit B

Filed in District Court
State of Minnesota
7/31/2024 12:54 PM

# Cass County Environmental Services
# Residential Building Permit Application

Cass County Environmental Services Department - PO Box 3000, Walker, MN 56484
**Phone:** 218-547-7241 **Fax:** 218-547-7429 **Email:** cass.esd@casscountymn.gov **Website:** https://www.casscountymn.gov

Parcel ID #: ____________________

Applicant Name: ____________________
*If applicant is not the property owner, an Agent Authorization Form is required*

***Property Owner Information:***

Owner Name: ____________________

Mail Permit To: ____________________

City, State, Zip: ____________________

Day Time Phone #: ____________________

Email: ____________________

Bldg Contractor Name: ____________________

Contractor Phone #: ____________________

E-911 Physical Address: ____________________

Township Name: ____________________

Section: ________ Twp: ________ Range: ________

Acres: ____________________

Lake/Stream Name: ____________ Class: ________

____________________________________________
Property Owner/Agent Signature Date

*I hereby affirm that the information provided is true, and that I am the fee title owner of the above-described property, or the authorized agent thereof.*

## OFFICE USE ONLY

Received by: ____________ Date: ____________

Total Fees Paid: ____________________

Check#: ____________________

Receipt #: ____________________

Property Zoning: ____________________

Structure Approval: ____________________

Date Approved: ____________________

Date Mailed: ____________________

Comments:

---

☐ ***E-911 Address Assignment:*** ***Fee $80.00***
*Indicate driveway location on sketch*

☐ ***Residential Structure:*** ***Fee $*** ________
***New Home, Attached Garage, Deck(s):***
***(Decks not included in sq ftg.)***
***(Fees $.30 per sq ft/min. $150.00)***
*(All square footage under a roof-line on main level)*
Total Square Foot: ____________ x .30 = $ ________
Height to Peak: ____________ Ft.
Mobile Home: ☐ Yes/☐ No RV: ☐ Yes/☐ No
Total # of Bedrooms ________
*Camper/RVs must account for septic waste disposal if not applying for sanitary system.*

☐ ***Addition to Residential Structures: Fee $*** ________
***Include Screen Porches and Covered Decks***
***(Fees $0.40 per sq ft/min. $100.00)***
Total Square Foot : ____________ x .40= $ ________
Height to Peak: ____________
Bedroom Addition: ☐ Yes/☐ No
Total # of Bedrooms: ________
Compliance Required (see pg. 1)

☐ ***Accessory Structures:*** ***Fee $*** ________
***( Fees $.25 per sq ft/min. $100.00, no max.)***
Total Square Feet: ____________ x .25 = $ ________
Height to Peak: ________ Dormers: ☐ Yes/☐ No
Sewered/Bathroom: ☐ Yes/☐ No *(compliance required, if yes)*

☐ ***Change of Use:*** ***Fee $ 50.00***
Residential to Accessory/Accessory to Residential

☐ ***Uncovered Decks:*** ***Fee $ 100.00***
Size: ____________ (sq ft) *Include on site plan*

☐ ***Boundary Fences:*** ***Fee $ 100.00***
Height: ________ Setback to Public Water: ________

## OFFICE USE ONLY - SSTS INFORMATION

Compliance Requirements Met: Yes No
Certificate or Compliance Inspection Date: ________
See SSTS Permit: ____________________

11-CV-24-1083

Filed in District Court
State of Minnesota
7/31/2024 12:54 PM

# Site Plan

N W E S

***Click in the sketch area below to import an existing sketch (PDF or JPG format) or attach to email.***

**DO NOT USE PENCIL**

***Approved permit may differ from the original application.***

*Sketches must follow **BOTH** examples below. Septic designs will not be accepted as site sketches.*

***All work including earthmoving activities conducted within the Shoreland Impact Zone or the Shoreland Recreational Use Area requires a permit. Please include additional pages as necessary.***







Applicant Signature Date

*I hereby swear that the information provided in this sketch is true, accurate, and complete.*

*revised 1/3/23*

Filed in District Court
State of Minnesota
7/31/2024 12:54 PM

## ATTENTION PERMIT APPLICANTS

The Cass County Land Use Ordinance requires that any permit which involves the movement of fill material or excavation have sediment and erosion control measures be in place before construction begins and maintained until after construction is completed. Seeding and mulch must be applied within 14 days of completion of construction.

**Any project which disturbs more than one acre also requires an MPCA Stormwater Permit.**

**Failure to maintain sediment and erosion control measures may result in a Stop Work Order on the project, assessment of an administrative fee, and an approved sediment and erosion control plan before work may resume.**

**Here is one option available for sediment control:**




NOTE:
DEPENDING UPON CONFIGURATION, ATTACHED FABRIC TO WIRE MESH WITH HOG RINGS, STEEL POSTS W/ TIE WIRES, OR WOOD POSTS W/ STAPLES.

**SILT FENCE (TYP. INSTALLATION)**
SCALE: NONE

Please contact Environmental Services for recommendations on erosion control, sediment control, seeding, and mulch for your project:

Cass County Environmental Services Department
PO Box 3000
Walker, MN 56484
218-547-7241
Email: cass.esd@casscountymn.gov
Website:https://www.casscountymn.gov

**EMAIL COMPLETED FORM TO CASS.ESD@CASSCOUNTYMN.GOV**

*Personal (default) email account is required for form submission.*
*If you experience technical difficulties please print and mail/drop-off form.*

Filed in District Court
State of Minnesota
7/31/2024 12:54 PM

7017 2400 0001 1442 4029

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

9/20/23

Sent To: Rhonda Aho

Street and Apt. No., or PO Box No.: 1586 244th St SW

City, State, ZIP+4®: Pine River MN 56474

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

MINNESOTA
JUDICIAL
BRANCH

Filed in District Court
State of Minnesota
7/31/2024 12:54 PM

IVERSONREUVERS
ATTORNEYS AT LAW

9321 Ensign Avenue South, Bloomington, MN 55438
Main: 952.548.7200 | www.iversonlaw.com

Jason J. Kuboushek
Direct: 952.548.7206
jasonk@iversonlaw.com

September 20, 2023

**VIA CERTIFIED MAIL**

Rhonda Aho
1586 24th St. SW
Pine River, MN 56474-5101

Re: Cass County Enforcement Action

Dear Ms. Aho,

Our firm has been retained by Cass County to bring an enforcement action under the Cass County Land Use Ordinance for numerous zoning violations on your property. Previously the Cass County Environmental Services Department and the Cass County Attorney's Office has notified you are in violation of the County Land Use Ordinance and are required to obtain After-The-Fact permits for several structures placed on parcel ID: 02-033-3301. You, however, never corrected the violations note in the February 2, 2023 and March 16, 2016 correspondence.

Additionally, the Cass County Attorney's Office also sent you a modified permit application on March 16, 2023 because of your objections to some of the language in the permit application. Again, you did not submit an After-The-Fact permit for the structures on your parcel using this modified permit application.

Finally, the County stated you must comply with the Cass County Subsurface Sewage Treatment System Ordinance and Minnesota Rules Chapters 7080 through 7083 because these regulations require any habitable structure with pressurized water have a Subsurface Sewage Treatment System (SSTS). This system must be designed by a licensed professional and a permit from Cass County. To date, you have not provided this information to the County.

Your non-compliance with the County's attempts to resolve this matter will result in an enforcement action where the County will seek injunctive relief and/or criminal charges, in addition to any costs and fees awarded by the Court. In a final attempt to resolve this matter, you have 10 business days from the date of this letter to bring your property into compliance. Another copy of the modified permit application is attached to assist you with that process.

If the property has not been brought into compliance within 10 business days, our office will be commencing an action in District Court.

Thank you for your immediate attention to this matter.

Filed in District Court
State of Minnesota
7/31/2024 12:54 PM

September 20, 2023
Page 2

Sincerely,

Jason J. Kuboushek

cc: Environmental Services

MINNESOTA
JUDICIAL
BRANCH

Filed in District Court
State of Minnesota
7/31/2024 12:54 PM

# Cass County Environmental Services
# Residential Building Permit Application

*Please download document to your computer and use adobe reader to get full functionality of the PDF.*

*Cass County Environmental Services Department - PO Box 3000, Walker, MN 56484*
***Phone:** 218-547-7241 **Fax:** 218-547-7429*
***Email:** cass.esd@casscountymn.gov **Website:** https://www.casscountymn.gov*

1. **Pages 1 through 3 must be completed and submitted before this application will be processed.**
2. **Construction Permits are valid for two (2) years.**
3. **All corners of the proposed structure(s) MUST be flagged with visible flags, ribbons or lathe at the time the permit application is submitted. Additional site inspection will not be conducted if a site is not staked and your permit may be returned, less processing fees.**
4. **It will be a violation of the Cass County Land Use Ordinance to commence construction before the permit application is signed and approved by an ESD Resource Specialist, which can result in additional fees.**
5. **Permits issued for any construction or addition to a structure with pressurized plumbing require a certificate of compliance or compliance inspection.**
   **Enter date of Certificate of Compliance (if less than 5 years for new system): ______________.**
   **Enter date of Compliance Inspection (if less than 3 years on existing system): ______________.**
6. **Construction and Demolition Debris MUST NOT be buried or burned. Indicate how and where the material will be disposed of ____________________________________.**
7. **Application submitted MUST include the following to be considered complete:**
   a. **ALL fees paid in full at the time of submittal (online, by mail, or in person).**
   b. **Signature(s) of property owner, or authorized agent, on ALL forms including site sketch.**
   c. **All property and contact information must be completed on page 2.**
   d. **Total square footage of all structure(s) (first floor covered by roof, including covered porches).**
   e. **Total height from natural ground level to highest point of roof-line for all proposed structures.**
   f. **Property sketch including existing & proposed structures, all setbacks (waterbody, property lines, roadway, bluff, SSTS) and dimensions.**
   g. **An elevation view(s) of all proposed structures must be provided, including dormers, balconies, covered porches, etc. Include house plans if available (electronic or 8.5" x 11" format for all plans/figures).**
   h. **If your property is less than 1-acre, complete an impervious surface calculation.**
8. **The applicant or agent hereby makes application for a land use permit agreeing to do all such work in accordance with all Cass County Ordinances. Applicant or agent agrees that application, site plan, and other attachments submitted and which are approved by the ESD Official are true and accurate. Applicant or agent agrees that, in making application for a land use permit, applicant grants permission to Cass County, at reasonable times to enter applicant's premises, to determine compliance of that application with any applicable county, state, or federal ordinances or statutes. It is the applicant's sole responsibility to contact any other federal, state, or local agencies to ensure compliance with all relevant Municipal, State, Federal, or other applicable laws.**
9. **This permit may be suspended at any time upon violation of any ordinance or if the information provided in this application is found to be misleading or inaccurate.**
10. **When you have completed the application and all accompanying plans, email, mail or deliver in person to the Environmental Services Department (see below).**
11. **I have read and fully understand the above instructions. I hereby swear that all information provided in this application is true and correct.**

______________________________ ______________________
**APPLICANT SIGNATURE** **DATE**

**Fees due must accompany each application. Make check payable to the "Cass County Treasurer"**
**Online payment options are available at https://www.casscountymn.gov/1190/Application-Permit-Forms**

# Cass County Environmental Services
## Residential Building Permit Application

Cass County Environmental Services Department - PO Box 3000, Walker, MN 56484
**Phone:** 218-547-7241 **Fax:** 218-547-7429 **Email:** cass.esd@casscountymn.gov **Website:** https://www.casscountymn.gov

Parcel ID #: ____________________

Applicant Name: ____________________
*If applicant is not the property owner, an Agent Authorization Form is required*

***Property Owner Information:***

Owner Name: ____________________

Mail Permit To: ____________________

City, State, Zip: ____________________

Day Time Phone #: ____________________

Email: ____________________

Bldg Contractor Name: ____________________

Contractor Phone #: ____________________

E-911 Physical Address: ____________________

Township Name: ____________________

Section: ________ Twp: ________ Range: ________

Acres: ____________________

Lake/Stream Name: ____________ Class: ________

____________________

Property Owner/Agent Signature Date

*I hereby affirm that the information provided is true, and that I am the fee title owner of the above-described property, or the authorized agent thereof.*

**OFFICE USE ONLY**

Received by: ____________ Date: ____________

Total Fees Paid: ____________________

Check#: ____________________

Receipt #: ____________________

Property Zoning: ____________________

Structure Approval: ____________________

Date Approved: ____________________

Date Mailed: ____________________

Comments:

☐ ***E-911 Address Assignment:*** ***Fee $80.00***
*Indicate driveway location on sketch*

☐ ***Residential Structure:*** ***Fee $*** ________
***New Home, Attached Garage, Deck(s):***
***(Decks not included in sq ftg.)***
***(Fees $.30 per sq ft/min. $150.00)***
*(All square footage under a roof-line on main level)*
Total Square Foot: ____________ x .30 = $ ________
Height to Peak: ____________ Ft.
Mobile Home: ☐ Yes/☐No RV: ☐ Yes/☐No
Total # of Bedrooms ________
*Camper/RVs must account for septic waste disposal if not applying for sanitary system.*

☐ ***Addition to Residential Structures: Fee $*** ________
***Include Screen Porches and Covered Decks***
***(Fees $0.40 per sq ft/min. $100.00)***
Total Square Foot : ____________ x .40= $ ________
Height to Peak: ____________
Bedroom Addition: ☐Yes/☐No
Total # of Bedrooms: ________
Compliance Required (see pg. 1)

☐ ***Accessory Structures:*** ***Fee $*** ________
***(Fees $.25 per sq ft/min. $100.00, no max.)***
Total Square Feet: ____________ x .25 = $ ________
Height to Peak: ________ Dormers:☐Yes/☐No
Sewered/Bathroom: ☐ Yes/☐No *(compliance required, if yes)*

☐ ***Change of Use:*** ***Fee $ 50.00***
Residential to Accessory/Accessory to Residential

☐ ***Uncovered Decks:*** ***Fee $ 100.00***
Size: ____________ (sq ft) *Include on site plan*

☐ ***Boundary Fences:*** ***Fee $ 100.00***
Height: ________ Setback to Public Water: ________

**OFFICE USE ONLY - SSTS INFORMATION**
Compliance Requirements Met: Yes No
Certificate or Compliance Inspection Date: ________
See SSTS Permit: ____________________

*Revised 1/3/23*

Filed in District Court
State of Minnesota
7/31/2024 12:54 PM

# Site Plan

***Click in the sketch area below to import an existing sketch (PDF or JPG format) or attach to email.***

**DO NOT USE PENCIL**

***Approved permit may differ from the original application.***

*Sketches must follow **BOTH** examples below. Septic designs will not be accepted as site sketches.*

***All work including earthmoving activities conducted within the Shoreland Impact Zone or the Shoreland Recreational Use Area requires a permit. Please include additional pages as necessary.***







Applicant Signature Date

*I hereby swear that the information provided in this sketch is true, accurate, and complete.*

## ATTENTION PERMIT APPLICANTS

The Cass County Land Use Ordinance requires that any permit which involves the movement of fill material or excavation have sediment and erosion control measures be in place before construction begins and maintained until after construction is completed. Seeding and mulch must be applied within 14 days of completion of construction.

**Any project which disturbs more than one acre also requires an MPCA Stormwater Permit.**

**Failure to maintain sediment and erosion control measures may result in a Stop Work Order on the project, assessment of an administrative fee, and an approved sediment and erosion control plan before work may resume.**

**Here is one option available for sediment control:**




**SILT FENCE (TYP. INSTALLATION)**

SCALE: NONE

Please contact Environmental Services for recommendations on erosion control, sediment control, seeding, and mulch for your project:

Cass County Environmental Services Department
PO Box 3000
Walker, MN 56484
218-547-7241
Email: cass.esd@casscountymn.gov
Website: https://www.casscountymn.gov

**EMAIL COMPLETED FORM TO CASS.ESD@CASSCOUNTYMN.GOV**

*Personal (default) email account is required for form submission.*
*If you experience technical difficulties please print and mail/drop-off form.*