11-CV-24-1083
Filed in District Court
State of Minnesota
12/17/2025

FILED
OFFICE OF APPELLATE COURTS
Date: 2025.12.17 14:38:36 -06'00'

STATE OF MINNESOTA

IN SUPREME COURT

A25-0492

Cass County,

Respondent,

vs.

Rhonda Aho,

Petitioner.

O R D E R

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the petition of Rhonda Aho for further review is denied.

Dated: December 17, 2025

BY THE COURT:

Anne K. McKeig
Associate Justice

MINNESOTA JUDICIAL BRANCH

**EXHIBIT 4**
**1 of 1**