F. In accordance with Section D (4) above, all property conveyances subject to this Ordinance occurring during the period between November 1st and April 30th when SSTS compliance cannot be determined due to frozen soil conditions shall require a winter agreement, which includes an application for an SSTS Winter Agreement and an SSTS compliance inspection agreement. The compliance inspection shall be completed by following June 1st by a state-licensed compliance inspector. If upon inspection, the SSTS is found to be compliant, the fee may be refunded. If upon inspection the system is found to be failed, an escrow agreement shall be established in accordance with Section C, above, and the system shall be upgraded.

### 303 VESTED RIGHTS

Nothing in this or any referencing ordinance shall be interpreted or construed to give rise to any permanent vested rights in the continuation of any particular use, district land use classification, or any permissible activities therein, and they are hereby declared to be subject to subsequent amendment, change, or modifications as may be necessary to the preservation or protection of the public health, safety, and general welfare.

## 400 DEFINITIONS

Unless specifically defined in the Cass County Environmental Definitions Ordinance, words or phrases used in this ordinance shall be interpreted to give them the same meaning they have in common usage and to give this ordinance its most reasonable application.

A. For the purpose of this ordinance, the words "must" and "shall" are mandatory and not permissive.

B. All distances, unless otherwise specified are measured horizontally and expressed in feet.

## 500 ADMINISTRATION

The purpose of this section is to identify administrative provisions to ensure this ordinance is consistent with its purpose.

### 501 PERMITS REQUIRED

A. A permit is required for land alterations, shoreland alterations, and the placement of structures, movement of an existing structure or structure additions but not limited to such activities as construction of residences, garages, decks, signs, second story additions, basements, accessory structures, the installation and/or alteration of SSTS, re-construction of any structure and those grading and filling activities not exempted by this Ordinance. Permits are also required for construction, activity, and uses approved by variance, CUP, or IUP. No permits are required for existing agricultural uses or structures in all zones. No permits are required for new agricultural uses or structures in the AF rural residential properties 5 acres or more in size.

B. Applications will be considered based upon the Ordinance provisions that are in effect on the date an application is received by ESD. Application for a permit shall be made by the landowner or their agents with the landowner's written consent to ESD on the forms provided by ESD. The application shall include the information necessary so that the ESD



EXHIBIT 7
1 of 2

Director or other designated member of ESD to determine the site's suitability for the intended use. Photographs of existing conditions on the property may be required.

C. All permit applications for new construction or an addition, expansion, and/or change of use to a sewered structure, CUP, or variance shall include an SSTS Certificate of Compliance or SSTS permit application including site evaluation and design. Winter Agreements for SSTS as identified in the Cass County SSTS Ordinance are allowed between November 1st and April 30th, winter agreements shall be signed by the applicant and filed with ESD including fees and a permit application per Section 302D. Winter agreements are not permissible for new construction projects in situations where variances, CUP, or IUP approvals are required or as determined by ESD.

D. All permits shall be valid for a period of two years from the date of issuance except for SSTS systems found to be non-compliant and/or an imminent threat to public health pursuant to MS § 7080-7083.

E. ESD or the PC shall attach such conditions to the issuance of a permit, variance, or CUP as deemed necessary to fulfill the purposes of this Ordinance.

F. A site inspection may be requested by completing a site inspection request form and submitting it to ESD with a site inspection request fee per the current Cass County Fee Schedule. A preliminary site inspection may be essential for bluff determinations, OHWL setbacks, wetlands, and other pre-planning for future permitting activities. A site inspection request may also include conducting a preliminary evaluation at the request of the homeowner, potential purchaser, or agent before buying or selling a property to evaluate compliance with the Cass County Land Use Ordinance.

### 501.1 Staff Review of Planning and Zoning Applications

ESD shall conduct the following reviews of Conditional uses, variances, reclassifications, or interim use permit (IUP) applications:

A. **Pre-application Conference & Sketch Plan**. To make sure all applicants are informed of the application process and procedure, as well as the requirements of this Ordinance and related ordinances, the applicant is required to consult with ESD at an initial conference. At the time of the initial conference, the applicant shall present a sketch plan for review.

1. The sketch plan need not be drawn to scale but must show the property boundaries, intended use of the property, proposed location of structures, significant topographical and physical features including shoreline vegetation, and adjacent land use.
2. The sketch plan shall also include a concept statement describing the project and explaining how it is designed and will function.

B. **Review of Application for Completeness**. After the initial conference has been conducted, the applicant may submit an application as provided in this Section 501. ESD shall review the application and shall determine if the application is complete pursuant to the requirements of this Ordinance. If ESD determines the application is not complete, then the application shall be returned to the applicant, and the applicant shall be informed in writing as to the additional information needed.



EXHIBIT 7
2 of 2